**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | DGN Pharmacy, Inc. |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  PersonalRX |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 26-4694846 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> 20 Murray Hill Parkway <br> Suite 210 <br> East Rutherford, NJ 07073 <br> Number, Street, City, State & ZIP Code <br><br> Bergen <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    DGN Pharmacy, Inc.
    Name                                                                    Case number (*if known*)

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor  DGN Pharmacy, Inc.
    Name

Case number (*if known*) _____

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____  When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   DGN Pharmacy, Inc.                                               Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 10, 2026___
             MM / DD / YYYY

**X** /s/ Mark Taub                                      Mark Taub
Signature of authorized representative of debtor          Printed name

Title   CRO

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz                                Date   February 10, 2026
Signature of attorney for debtor                                 MM / DD / YYYY

Daniel M. Stolz
Printed name

GENOVA BURNS LLC
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone   (973) 467-2700      Email address   dstolz@genovaburns.com

028461980 NJ
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **In the Matter of:**                                } | |
|                                                                } | Case No. |
| **DGN PHARMACY, INC. d/b/a PERSONALRX,**   } | Chapter 11 |
|                                                                } | |
|                                  **Debtor**         } | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Yehuda Mermelstein, declare under penalty of perjury that I am the Acting CEO of DGN PHARMACY, INC. D/B/A PERSONALRX, and that the following is a true and correct copy of the resolutions adopted by said Corporation at a special meeting duly called and held on the  10th  day of February, 2026.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yehuda Mermelstein, Acting CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Yehuda Mermelstein, Acting CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yehuda Mermelstein, Acting CEO of this Corporation is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case.

Be It Further Resolved, that Yehuda Mermelstein, Acting CEO of this Corporation is authorized and directed to employ FIA/Mark Taub as CRO in such bankruptcy case."

Date: February 10, 2026                    Signed: *Yehuda Mermelstein*
                                                                YEHUDA MERMELSTEIN

Resolution of
DGN PHARMACY, INC. D/B/A PERSONALRX

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yehuda Mermelstein, Member of the Board, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Yehuda Mermelstein, Member of the Board is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yehuda Mermelstein, Member of the Board is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case.

Be It Further Resolved, that Yehuda Mermelstein, Acting CEO of this Corporation is authorized and directed to employ FIA/Mark Taub as CRO in such bankruptcy case.


Date:  February 10, 2026          Signed:___*Yehuda Mermelstein*_____
                                         YEHUDA MERMELSTEIN

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### District of New Jersey

In re ___DGN Pharmacy, Inc.___            Case No. _____

Debtor(s)       Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____ 58,660.00

   Prior to the filing of this statement I have received _____ $ _____ 58,660.00

   Balance Due _____ $ _____ 0.00

2. $___1,738.00___ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  February 10, 2026 _____          /s/ Daniel M. Stolz _____
*Date*                                      Daniel M. Stolz
                                               *Signature of Attorney*
                                               GENOVA BURNS LLC
                                                 110 Allen Road
                                                 Suite 304
                                                 Basking Ridge, NJ 07920
                                                 (973) 467-2700  Fax: (973) 467-8126
                                                 dstolz@genovaburns.com
                                                 *Name of law firm*

Aboyoun Dobbs, LLC
77 Bloomfield Ave
Pine Brook, NJ 07058


AfterShip, Inc.
2711 Centerville Road
Wilmington, DE 19808


All Points Social LLC
15 Myrtle Ave., Unit 3A
Westport, CT 06880-1420


All Points Social LLC
15 Myrtle Ave., Unit 8A
Westport, CT 06880-1420


Allied Benefits System
200 West Adams St., Suite 500
Chicago, IL 60606-6006


Amerisource Receivables
6001 Global Distribution Way #102
Louisville, KY 40228


Anda, Inc.
2915 Weston Road
Weston, FL 33331


ApplicantSale
2050 West County Line Road
Suite 1
Jackson, NJ 08527


Archer & Greiner, PC
1025 Laurel Road Road
Voorhees, NJ 08043


Assured Partners
5905 East Galbraith Road
Suite 5000
Cincinnati, OH 45236

Austin Lawrence Group, Inc.
184.5 Gregory Blvd
Norwalk, CT 06855


Benesch, Friedlander, Copland & Aronoff
PO Box 932048
Cleveland, OH 44193


BluPax Pharmaceuticals LLC
160 Raritan Center Parkway
Unit 1
Edison, NJ 08837


Borough of East Rutherford
312 Grove St
East Rutherford, NJ 07073


Branca Properlties
375 Murray Hill Pkwy, #2
East Rutherford, NJ 07073


Caitlin C. Conklin, Esq.
K&L Gates LLP
One Newark Center, 10th Fl.
Newark, NJ 07102


Capital Wholesale
873 Williams Ave
Columbus, OH 43212


Cardinal
PO Box 13862
Newark, NJ 07188


Cardinal Bag Co.
2861 Gray Fox Road
Monroe, NC 28110


Cardinal GenMed
PO Box 13862
Newark, NJ 07188

Cardinal Opti-Freight
PO Box 13862
Newark, NJ 07188


Cartridge World
580 Valley Road, 2nd Floor
Wayne, NJ 07470


Cary R. Sternback, Esq.
Heitner & Breitstein PC
PO Box 270
Wickatunk, NJ 07765


CBIZ CPA's P.C.
PO Box 95000-2288
Philadelphia, PA 19195


CCI Voice
38 High Ridge Road
Redding, CT 06896


Cdfine Solutions, LLC
6209 Minuteman Ln.
Somerset, NJ 08873


Centri Business Consulting, LLC
PO Box 7112
Lancaster, PA 17604


Clear Data, Inc.
Dept. 3723
PO Box 123723
Dallas, TX 75312-3723


CNA Insurance
PO Box 74007619
Chicago, IL 60674


CNWR, Inc.
616 Madison
Toledo, OH 43604

Connell Foley LLC
56 Livingston Avenue
Roseland, NJ 07068


CSC
251 Little Falls Drive
Wilmington, DE 19808


David Levine, Esq.
Fein Such Kahn & Shepard, PC
6 Campus Drive, Suite 304
Parsippany, NJ 07054


Digital Media Solutions, LLC
1110 E. Hector St.
Conshohocken, PA 19428


Douglas M. Standriff, Esq.
25 E. Spring Valley Ave., Suite 330
Maywood, NJ 07607


En-Vision America
825 4th Street West
Palmetto, FL 34221


Evergreen & Oak
3505 Barlett Circle
Hillsborough, NC 27278


Executive Financial Enterprises, Inc.
Assignee of United Parcel Service
1465 Tamarind Ave., Box 680
Los Angeles, CA 90028


F and S Marketing
27 Riverglen Dr.
Thiells, NY 10984


Fedex Corporation
c/o Law Offices of Joseph A. Molinaro
648 Wyckoff Ave.
Wyckoff, NJ 07481

Fernando Vargas
23 Tomas St., #2
Paterson, NJ 07503


Forte Media Solutions LLC
4800 140th Avenue North
Suite 101
Clearwater, FL 33762


Fox Rothschild LLP
Attn: Michael W. Sabo, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540


Frier Levit Attorneys at Law
84 Bloomfield Ave
Pine Brook, NJ 07058


Gene Smilgiewicz
309 West 86th St., #8A
New York, NY 10024


Gerald R. Salerno, Esq.
Aronsohn Weiner and Salerno
21 Main Street, Suite 100
Hackensack, NJ 07601


Gillian Giannone
c/o Ernesto Cerimele, Esq.
Klingeman, Cerimele, Attorneys
100 Southgate Parkway, Suite 150
Morristown, NJ 07960


GPAC, LLC
5900 S. Doral Ave., Suite 103
Sioux Falls, SD 57108


Greenhill Trading, Inc.
5701 Foster Ave
Brooklyn, NY 11234


Gregg Kattine and Michele Kattine
8 Taylore Lane
Woodland Park, NJ 07631

Griffin Custom Computers & Networks Inc.
5310 Spectrum Driive
Suite B
Gaithersburg, MD 20879


HealthSpective, Inc.
14019 Southwest Fwy
Suite 301-705
Sugar Land, TX 77478


Home RX-ABC
5500 New Horizon Blvd. North
Amityville, NY 11701


Home RX-Alarm Relay
111 S. Marshall Ave.
El Cajon, CA 92020


Home RX-Blupax
160 Raritan Center Pkwy
Unit 1
Edison, NJ 08837


Home RX-Cartridge World
580 Valleu Road, 2nd Fl.
Wayne, NJ 07470


Home RX-CCI Voice
38 High Ridge Road
Redding, CT 06896


Home RX-Drug Lift Corp.
99-27 62nd Road
Rego Park, NY 11374


Home RX-Energy Mechanical Inc.
77 Brightside Ave.
Central Islip, NY 11722


Home RX-Epic Signs
1001 Route 70, Ste. 2116
Toms River, NJ 08755

Home RX-Genesis Advance, Inc.
2743 Morton Ave
Oceanside, NY 11572


Home RX-Greenhill Trading
5701 Foster Ave.
Brooklyn, NY 11234


Home RX-SureCost
14 Washington St.
Conway, NH 03818


HomeRX-Impact Fire
58-29 Maspeth Ave
Maspeth, NY 11378


HomeRX-Jays Company
PO Box 309
Rogers, MN 55374


HomeRX-KMT Electric
35 MacDonald Ave.
Amityville, NY 11701


HomeRX-Long Island Industrial
6851 Jericho Turnpike
Suite 155
Syosset, NY 11791


HomeRX-Megamax
2906 Shell Road, 1st Fl.
Brooklyn, NY 11224


HomeRX-MHA
400 Interpace Pkwy.
Bldg. C, Suite 200
Parsippany, NJ 07054


HomeRX-NDC
4 Corproate Dr., Suite D
Cranbury, NJ 08512

HomeRX-Net-RX
400 Interpace Pkwy
Bldg. C, Suite 200
Parsippany, NJ 07054

HomeRX-Omnicell
500 Cranberry Woods Dr.
Cranberry Twp, PA 16066

HomeRX-Parata Systems
PO Box 736099
Chicago, IL 60673

HomeRX-Pharmpack Solutions
4 Cabinfield Circle
Lakewood, NJ 08701

HomeRX-Pioneer
PO Box 53407
Shreveport, LA 71135

HomeRX-ProShred
4 W. Main St., Suite 104
Elmsford, NY 10523

HomeRX-PSE&G
15 Park Drive
Melville, NY 11747

HomeRX-Ready ReFresh
32069 Gale Ave
Long Island City, NY 11101

HomeRX-Taylor Communications
PO Box 91047
Chicago, IL 60693

HomeRX-TopRX
2950 Brother Blvd.
Bartlett, TN 38133

HomeRX-United Healthcare
PO Box 94017
Palatine, IL 60094


HomeRX-Vital Shred
PO Box 5874
Birmingham, AL 35246


HomeRX-Worldwide Express
PO Box 21272
New York, NY 10087


HomeRX-Yotek Security
108 S. Franklin Ave.
Suite 15
Valley Stream, NY 11580


Innovative Work Solutions LLC
PO Box 784
Monsey, NY 10952


James K. Webber, Esq.
Webber McGill LLC
100 E. Hanover Ave., Suite 401
Cedar Knolls, NJ 07927


Jeffrey S. Peters, Esq.
Kurzman Eisenberg Corbin & Lever LLP
One North Broadway, 12th Floor
White Plains, NY 10601


Jennifer L. Kovach, Esq.
1 Mill St., Suite 107
Franklin, NJ 07416


Joel M. Flink, Esq.
law Offices of Frederic I. Weinberg & As
1200 Laurel Oak Road
Suite 104
Voorhees, NJ 08043


KeySource Acquisition LLC
PO Box 645924
Cincinnati, OH 45264

Larry Margolis
8 Orchard Drive
Purchase, NY 10577


Law Office of Bradley D. Schnur, Esq.
400 Jericho Turnpike
Suite 226
Jericho, NY 11753


Law Office of Oscar de la Guardia, PLLC
2712 Segovia St.
Coral Gables, FL 33134


Lawrence Margolis
8 Orchard Drive
Purchase, NY 10577


McKesson Drug
10 Hudson Crossing Drive
Montgomery, NY 12549


Michael P. Corcoran, Esq.
Corcoran Law Offices
35 Love Lane
Netcong, NJ 07857


Murray Hill Parkway Flex Buildings LLC
375 Murray Hill Parkway
East Rutherford, NJ 07073


NABP
1600 Freehanville Dr.
Mount Prospect, IL 60056


NDC Distributors
4 Corporate Dr.
Suite D
Cranbury, NJ 08512


Net-RX
400 Interpace Pkwy
Bldg. C, Suite 200
Parsippany, NJ 07054

Nivagen Pharmaceuticals
3050 Fite Circle
Suite 100
Sacramento, CA 95827


Nordic Ice
2705 Clemmens Road
Suite A-103
Hatfield, PA 19440


Omnicell, Inc.
2003 Gandy Blvd. N.
Saint Petersburg, FL 33702


Oracle NetSuite
400 Oracle Parkway
Redwood City, CA 94065


Osrec Ltd.
209 Warwick Building
Queen Road
LONDON   SW118PL


Outsource USA
8420 118th Street
Kew Gardens, NY 11415


Parata Systems LLC
PO Box 736099
Chicago, IL 60673


Paychex
1175 John Street
West Henrietta, NY 14586-9199


PharmPro, Inc.
3605 Edgemont Ave.
Back Bldg. Suite 1
Brookhaven, PA 19015


Pharmsource LLC
123 Newman Dr.
Brunswick, GA 31520

Pioneer Central
PO Box 53407
Shreveport, LA 71135


Pioneer NJ
PO Box 53407
Shreveport, LA 71135


Pioneer RX
PO Box 53407
Shreveport, LA 71135-3407


Pre Employment Drug Test
1114 Garraty Rd.
San Antonio, TX 78209


Propel Partners LLC
3 Barry Lane
Westport, CT 06880


Purpose
810 W. Mary St.
Austin, TX 78704


Quality Express Coffee and Vending
1006 Branagan Drive
Tullytown, PA 19007


Real Value Products
5100 Commerce Parkway
San Antonio, TX 78218


RR Donnelley
4101 Winfield Road
Warrenville, IL 60555


Second Source RX
13600 Shoreline Drive
Earth City, MO 63045


Shippiz Inc.
465 Oberlin Ave. South
Lakewood, NJ 08701

Smart-Fill Management Group, Inc.
905 North Main Street
Austin, MN 55912


Specialty Answering Services
1006 W. 9th Ave.
Suite 150
King of Prussia, PA 19406


State of New Jersey
Department of Labor & Workforce Dev.
PO Box 059
Trenton, NJ 08625


SureCost
Dept. 2490
PO Box 4110
Woburn, MA 01888


Taylor Corporation
PO Box 91047
Chicago, IL 60693


Tepper & Tepper CPAs
1938 Grand Ave.
Baldwin, NY 11510


Tessa A. DeCandido
229 East Market St.
Long Beach, NY 11561


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258


The Remedy Group LLC
525 3rd Street, Suite 200
Lake Oswego, OR 97034


Thomas J. Callahan
38 North Highcrest Drive
Hawthorne, NJ 07506

United Healthcare
PO Box 94017
Palatine, IL 60055-0151


UPS
PO Box 7247-0244
Philadelphia, PA 19170


UPS 7599XV
35 Glenlake Pkwy NE
Atlanta, GA 30328


URAC
1220 L. St. NW
Suite 400
Washington, DC 20005-4013


Vaupen Advisors LLC
11940 SW 99th St.
Miami, FL 33196


Vayner Commerce
10401 Jefferson Blvd.
Culver City, CA 90232


Veridikal
355 Riverside Ave.
Suite 205
Westport, CT 06880


Wasserman Jurista & Stolz
110 Allen Road
Suite 304
Basking Ridge, NJ 07920


Western Wellness Solutions
1555 Doolittle Drive
Suite 170
San Leandro, CA 94577


WIS International
PO Box 77631
Detroit, MI 48277

Wolters Kluwer
PO Box 412094
Boston, MA 02241


Zakim and Zakim PC
PO Box 21272
New York, NY 10087


Zix Corp.
Dept. 41359
PO Box 650823
Dallas, TX 75265


Zorro
135 West 50th St.
Suite #200
New York, NY 10020