UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

United States Department of Justice
Office of the United States Trustee
Andrew R. Vara, U.S. Trustee, Regions 3 & 9
David Gerardi, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: David.Gerardi@usdoj.gov

In Re:

DGN Pharmacy, Inc.,

Debtor.

Case No.: 26-11520-JKS

Chapter: 11

Judge: John K. Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the United States Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: ATTN: David Gerardi, Esq.
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 2/11/2026

/s/ David Gerardi
Signature