| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | DGN Pharmacy, Inc. | EIN: | 26–4694846 |
| | Name | | |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: | 11 2/10/26 |
| Case number: | 26–11520–JKS | | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | DGN Pharmacy, Inc. | |
| 2. | **All other names used in the last 8 years** | dba PersonalRX | |
| 3. | **Address** | 20 Murray Hill Parkway<br>Suite 210<br>East Rutherford, NJ 07073 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel Stolz<br>Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920 | Contact phone 973–467–2700<br><br>Email: dstolz@genovaburns.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone : 973–645–4764<br><br>Date: 2/11/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>**The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.** | **March 18, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |

**7. Proof of claim deadline**

**Deadline for filing proof of claim: 4/21/26** For a governmental unit: **8/10/26**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8. Exception to discharge deadline**
The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:**

**9. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.**

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-11520-JKS
DGN Pharmacy, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin 
Date Rcvd: Feb 11, 2026 Form ID: 309F1 Total Noticed: 149

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DGN Pharmacy, Inc., 20 Murray Hill Parkway, Suite 210, East Rutherford, NJ 07073-2164 |
| 520977973 | | Aboyoun Dobbs, LLC, 77 Bloomfield Ave, Pine Brook, NJ 07058 |
| 520977974 | + | AfterShip, Inc., 2711 Centerville Road, Wilmington, DE 19808-1660 |
| 520977975 | + | All Points Social LLC, 15 Myrtle Ave., Unit 3A, Westport, CT 06880-3516 |
| 520977976 | + | All Points Social LLC, 15 Myrtle Ave., Unit 8A, Westport, CT 06880-3516 |
| 520977978 | + | Amerisource Receivables, 6001 Global Distribution Way #102, Louisville, KY 40228-1182 |
| 520977980 | + | ApplicantSale, 2050 West County Line Road, Suite 1, Jackson, NJ 08527-2035 |
| 520977981 | + | Archer & Greiner, PC, 1025 Laurel Road Road, Voorhees, NJ 08043-3506 |
| 520977982 | + | Assured Partners, 5905 East Galbraith Road, Suite 5000, Cincinnati, OH 45236-2378 |
| 520977983 | | Austin Lawrence Group, Inc., 184.5 Gregory Blvd, Norwalk, CT 06855 |
| 520977984 | + | Benesch, Friedlander, Copland & Aronoff, PO Box 932048, Cleveland, OH 44193-0007 |
| 520977985 | + | BluPax Pharmaceuticals LLC, 160 Raritan Center Parkway, Unit 1, Edison, NJ 08837-3637 |
| 520977986 | + | Borough of East Rutherford, 312 Grove St, East Rutherford, NJ 07073-1711 |
| 520977987 | + | Branca Properlties, 375 Murray Hill Pkwy, #2, East Rutherford, NJ 07073-2141 |
| 520977996 | + | CBIZ CPA's P.C., PO Box 95000-2288, Philadelphia, PA 19195-0001 |
| 520977997 | + | CCI Voice, 38 High Ridge Road, Redding, CT 06896-2019 |
| 520978001 | + | CNA Insurance, PO Box 74007619, Chicago, IL 60674-7619 |
| 520978002 | + | CNWR, Inc., 616 Madison, Toledo, OH 43604-1102 |
| 520977988 | + | Caitlin C. Conklin, Esq., K&L Gates LLP, One Newark Center, 10th Fl., Newark, NJ 07102-5237 |
| 520977989 | + | Capital Wholesale, 873 Williams Ave, Columbus, OH 43212-3850 |
| 520977990 | + | Cardinal, PO Box 13862, Newark, NJ 07188-3862 |
| 520977991 | + | Cardinal Bag Co., 2861 Gray Fox Road, Monroe, NC 28110-6405 |
| 520977992 | + | Cardinal GenMed, PO Box 13862, Newark, NJ 07188-3862 |
| 520977993 | + | Cardinal Opti-Freight, PO Box 13862, Newark, NJ 07188-3862 |
| 520977994 | + | Cartridge World, 580 Valley Road, 2nd Floor, Wayne, NJ 07470-3550 |
| 520977995 | + | Cary R. Sternback, Esq., Heitner & Breitstein PC, PO Box 270, Wickatunk, NJ 07765-0270 |
| 520977998 | + | Cdfine Solutions, LLC, 6209 Minuteman Ln., Somerset, NJ 08873-6103 |
| 520977999 | + | Centri Business Consulting, LLC, PO Box 7112, Lancaster, PA 17604-7112 |
| 520978000 | | Clear Data, Inc., Dept. 3723, PO Box 123723, Dallas, TX 75312-3723 |
| 520978003 | + | Connell Foley LLC, 56 Livingston Avenue, Roseland, NJ 07068-1733 |
| 520978005 | + | David Levine, Esq., Fein Such Kahn & Shepard, PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 520978006 | | Digital Media Solutions, LLC, 1110 E. Hector St., Conshohocken, PA 19428 |
| 520978007 | + | Douglas M. Standriff, Esq., 25 E. Spring Valley Ave., Suite 330, Maywood, NJ 07607-2153 |
| 520978008 | + | En-Vision America, 825 4th Street West, Palmetto, FL 34221-5013 |
| 520978009 | + | Evergreen & Oak, 3505 Barlett Circle, Hillsborough, NC 27278-6797 |
| 520978010 | + | Executive Financial Enterprises, Inc., Assignee of United Parcel Service, 1465 Tamarind Ave., Box 680, Los Angeles, CA 90028-8412 |
| 520978011 | + | F and S Marketing, 27 Riverglen Dr., Thiells, NY 10984-1438 |
| 520978012 | + | Fedex Corporation, c/o Law Offices of Joseph A. Molinaro, 648 Wyckoff Ave., Wyckoff, NJ 07481-1428 |
| 520978013 | + | Fernando Vargas, 23 Tomas St., #2, Paterson, NJ 07503-2312 |
| 520978014 | + | Forte Media Solutions LLC, 4800 140th Avenue North, Suite 101, Clearwater, FL 33762-3874 |
| 520978015 | + | Fox Rothschild LLP, Attn: Michael W. Sabo, Esq., 212 Carnegie Center, Suite 400, Princeton, NJ 08540-6236 |
| 520978016 | + | Frier Levit Attorneys at Law, 84 Bloomfield Ave, Pine Brook, NJ 07058-9709 |

| | | |
|---|---|---|
| 520978020 | + | GPAC, LLC, 5900 S. Doral Ave., Suite 103, Sioux Falls, SD 57108-6462 |
| 520978017 | + | Gene Smilgiewicz, 309 West 86th St., #8A, New York, NY 10024-3163 |
| 520978018 | + | Gerald R. Salerno, Esq., Aronsohn Weiner and Salerno, 21 Main Street, Suite 100, Hackensack, NJ 07601-7021 |
| 520978019 | + | Gillian Giannone, c/o Ernesto Cerimele, Esq., Klingeman, Cerimele, Attorneys, 100 Southgate Parkway, Suite 150, Morristown, NJ 07960-6465 |
| 520978021 | + | Greenhill Trading, Inc., 5701 Foster Ave, Brooklyn, NY 11234-1001 |
| 520978022 | + | Gregg Kattine and Michele Kattine, 8 Taylore Lane, Woodland Park, NJ 07424-3107 |
| 520978023 | | Griffin Custom Computers & Networks Inc., 5310 Spectrum Driive, Suite B, Gaithersburg, MD 20879 |
| 520978024 | + | HealthSpective, Inc., 14019 Southwest Fwy, Suite 301-705, Sugar Land, TX 77478-3563 |
| 520978025 | + | Home RX-ABC, 5500 New Horizon Blvd. North, Amityville, NY 11701-1156 |
| 520978026 | + | Home RX-Alarm Relay, 111 S. Marshall Ave., El Cajon, CA 92020-4251 |
| 520978027 | + | Home RX-Blupax, 160 Raritan Center Pkwy, Unit 1, Edison, NJ 08837-3637 |
| 520978029 | + | Home RX-CCI Voice, 38 High Ridge Road, Redding, CT 06896-2019 |
| 520978028 | + | Home RX-Cartridge World, 580 Valleu Road, 2nd Fl., Wayne, NJ 07470-3550 |
| 520978030 | + | Home RX-Drug Lift Corp., 99-27 62nd Road, Rego Park, NY 11374-1474 |
| 520978031 | + | Home RX-Energy Mechanical Inc., 77 Brightside Ave., Central Islip, NY 11722-2811 |
| 520978032 | + | Home RX-Epic Signs, 1001 Route 70, Ste. 2116, Toms River, NJ 08755-1342 |
| 520978033 | + | Home RX-Genesis Advance, Inc., 2743 Morton Ave, Oceanside, NY 11572-2326 |
| 520978034 | + | Home RX-Greenhill Trading, 5701 Foster Ave., Brooklyn, NY 11234-1001 |
| 520978035 | + | Home RX-SureCost, 14 Washington St., Conway, NH 03818-6042 |
| 520978036 | + | HomeRX-Impact Fire, 58-29 Maspeth Ave, Maspeth, NY 11378-2213 |
| 520978037 | + | HomeRX-Jays Company, PO Box 309, Rogers, MN 55374-0309 |
| 520978038 | + | HomeRX-KMT Electric, 35 MacDonald Ave., Amityville, NY 11701-3711 |
| 520978039 | + | HomeRX-Long Island Industrial, 6851 Jericho Turnpike, Suite 155, Syosset, NY 11791-4462 |
| 520978041 | + | HomeRX-MHA, 400 Interpace Pkwy., Bldg. C, Suite 200, Parsippany, NJ 07054-1120 |
| 520978040 | + | HomeRX-Megamax, 2906 Shell Road, 1st Fl., Brooklyn, NY 11224-3612 |
| 520978042 | + | HomeRX-NDC, 4 Corproate Dr., Suite D, Cranbury, NJ 08512-3613 |
| 520978043 | + | HomeRX-Net-RX, 400 Interpace Pkwy, Bldg. C, Suite 200, Parsippany, NJ 07054-1120 |
| 520978044 | + | HomeRX-Omnicell, 500 Cranberry Woods Dr., Cranberry Twp, PA 16066-5224 |
| 520978049 | + | HomeRX-PSE&G, 15 Park Drive, Melville, NY 11747-3035 |
| 520978045 | + | HomeRX-Parata Systems, PO Box 736099, Chicago, IL 60673-6099 |
| 520978046 | + | HomeRX-Pharmpack Solutions, 4 Cabinfield Circle, Lakewood, NJ 08701-2000 |
| 520978047 | + | HomeRX-Pioneer, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978048 | + | HomeRX-ProShred, 4 W. Main St., Suite 104, Elmsford, NY 10523-2407 |
| 520978050 | | HomeRX-Ready ReFresh, 32069 Gale Ave, Long Island City, NY 11101 |
| 520978051 | + | HomeRX-Taylor Communications, PO Box 91047, Chicago, IL 60693-1047 |
| 520978052 | + | HomeRX-TopRX, 2950 Brother Blvd., Bartlett, TN 38133-3968 |
| 520978053 | + | HomeRX-United Healthcare, PO Box 94017, Palatine, IL 60094-4017 |
| 520978054 | + | HomeRX-Vital Shred, PO Box 5874, Birmingham, AL 35246-0001 |
| 520978055 | + | HomeRX-Worldwide Express, PO Box 21272, New York, NY 10087-1272 |
| 520978056 | + | HomeRX-Yotek Security, 108 S. Franklin Ave., Suite 15, Valley Stream, NY 11580-6105 |
| 520978057 | + | Innovative Work Solutions LLC, PO Box 784, Monsey, NY 10952-0784 |
| 520978058 | + | James K. Webber, Esq., Webber McGill LLC, 100 E. Hanover Ave., Suite 401, Cedar Knolls, NJ 07927-2047 |
| 520978059 | + | Jeffrey S. Peters, Esq., Kurzman Eisenberg Corbin & Lever LLP, One North Broadway, 12th Floor, White Plains, NY 10601-2331 |
| 520978060 | + | Jennifer L. Kovach, Esq., 1 Mill St., Suite 107, Franklin, NJ 07416-1593 |
| 520978061 | + | Joel M. Flink, Esq., law Offices of Frederic I. Weinberg & As, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 520978062 | + | KeySource Acquisition LLC, PO Box 645924, Cincinnati, OH 45264-5924 |
| 520978063 | + | Larry Margolis, 8 Orchard Drive, Purchase, NY 10577-2205 |
| 520978064 | + | Law Office of Bradley D. Schnur, Esq., 400 Jericho Turnpike, Suite 226, Jericho, NY 11753-1320 |
| 520978065 | + | Law Office of Oscar de la Guardia, PLLC, 2712 Segovia St., Coral Gables, FL 33134-5622 |
| 520978066 | + | Lawrence Margolis, 8 Orchard Drive, Purchase, NY 10577-2205 |
| 520978067 | + | McKesson Drug, 10 Hudson Crossing Drive, Montgomery, NY 12549-2855 |
| 520978068 | + | Michael P. Corcoran, Esq., Corcoran Law Offices, 35 Love Lane, Netcong, NJ 07857-1026 |
| 520978069 | + | Murray Hill Parkway Flex Buildings LLC, 375 Murray Hill Parkway, East Rutherford, NJ 07073-2141 |
| 520978070 | + | NABP, 1600 Freehanville Dr., Mount Prospect, IL 60056-6014 |
| 520978071 | + | NDC Distributors, 4 Corporate Dr., Suite D, Cranbury, NJ 08512-3613 |
| 520978072 | + | Net-RX, 400 Interpace Pkwy, Bldg. C, Suite 200, Parsippany, NJ 07054-1120 |
| 520978073 | + | Nivagen Pharmaceuticals, 3050 Fite Circle, Suite 100, Sacramento, CA 95827-1818 |
| 520978074 | + | Nordic Ice, 2705 Clemmens Road, Suite A-103, Hatfield, PA 19440-4201 |
| 520978075 | + | Omnicell, Inc., 2003 Gandy Blvd. N., Saint Petersburg, FL 33702-2165 |
| 520978076 | + | Oracle NetSuite, 400 Oracle Parkway, Redwood City, CA 94065-1607 |
| 520978078 | + | Outsource USA, 8420 118th Street, Kew Gardens, NY 11415-2906 |
| 520979119 | + | Oxford Health Plans, 9700 Healthcare Lane, Minnetonka, MN 55343-4522 |

| | | |
|---|---|---|
| 520978079 | + | Parata Systems LLC, PO Box 736099, Chicago, IL 60673-6099 |
| 520978081 | + | PharmPro, Inc., 3605 Edgemont Ave., Back Bldg. Suite 1, Brookhaven, PA 19015-2862 |
| 520978082 | + | Pharmsource LLC, 123 Newman Dr., Brunswick, GA 31520-2936 |
| 520978083 | + | Pioneer Central, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978084 | + | Pioneer NJ, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978085 | | Pioneer RX, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978086 | + | Pre Employment Drug Test, 1114 Garraty Rd., San Antonio, TX 78209-6015 |
| 520978087 | + | Propel Partners LLC, 3 Barry Lane, Westport, CT 06880-1420 |
| 520978088 | + | Purpose, 810 W. Mary St., Austin, TX 78704-4140 |
| 520978089 | + | Quality Express Coffee and Vending, 1006 Branagan Drive, Tullytown, PA 19007-6301 |
| 520978091 | + | RR Donnelley, 4101 Winfield Road, Warrenville, IL 60555-3521 |
| 520978090 | + | Real Value Products, 5100 Commerce Parkway, San Antonio, TX 78218-5523 |
| 520978092 | + | Second Source RX, 13600 Shoreline Drive, Earth City, MO 63045-1218 |
| 520978093 | + | Shippiz Inc., 465 Oberlin Ave. South, Lakewood, NJ 08701-6904 |
| 520978094 | + | Smart-Fill Management Group, Inc., 905 North Main Street, Austin, MN 55912-3357 |
| 520978095 | + | Specialty Answering Services, 1006 W. 9th Ave., Suite 150, King of Prussia, PA 19406-1206 |
| 520978096 | + | State of New Jersey, Department of Labor & Workforce Dev., PO Box 059, Trenton, NJ 08625-0059 |
| 520978097 | + | SureCost, Dept. 2490, PO Box 4110, Woburn, MA 01888-4110 |
| 520978098 | + | Taylor Corporation, PO Box 91047, Chicago, IL 60693-1047 |
| 520978099 | + | Tepper & Tepper CPAs, 1938 Grand Ave., Baldwin, NY 11510-2454 |
| 520978100 | + | Tessa A. DeCandido, 229 East Market St., Long Beach, NY 11561-2209 |
| 520978102 | + | The Remedy Group LLC, 525 3rd Street, Suite 200, Lake Oswego, OR 97034-3082 |
| 520978103 | #+ | Thomas J. Callahan, 38 North Highcrest Drive, Hawthorne, NJ 07506-3012 |
| 520978106 | + | UPS 7599XV, 35 Glenlake Pkwy NE, Atlanta, GA 30328-3475 |
| 520978107 | | URAC, 1220 L. St. NW, Suite 400, Washington, DC 20005-4013 |
| 520978108 | + | Vaupen Advisors LLC, 11940 SW 99th St., Miami, FL 33186-2645 |
| 520978109 | + | Vayner Commerce, 10401 Jefferson Blvd., Culver City, CA 90232-3512 |
| 520978110 | + | Veridikal, 355 Riverside Ave., Suite 205, Westport, CT 06880-4829 |
| 520978113 | + | WIS International, PO Box 77631, Detroit, MI 48277-0631 |
| 520978111 | + | Wasserman Jurista & Stolz, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| 520978112 | + | Western Wellness Solutions, 1555 Doolittle Drive, Suite 170, San Leandro, CA 94577-2239 |
| 520978114 | + | Wolters Kluwer, PO Box 412094, Boston, MA 02241-2094 |
| 520978115 | + | Zakim and Zakim PC, PO Box 21272, New York, NY 10087-1272 |
| 520978116 | + | Zix Corp., Dept. 41359, PO Box 650823, Dallas, TX 75265-0823 |
| 520978117 | + | Zorro, 135 West 50th St., Suite #200, New York, NY 10020-1210 |

TOTAL: 139

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dstolz@genovaburns.com | Feb 11 2026 21:08:00 | Daniel Stolz, Genova Burns LLC, 110 Allen Road, Suite 304, Ste 304, Basking Ridge, NJ 07920 |
| smg | | EDI: IRS.COM | Feb 12 2026 01:53:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2026 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2026 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520977979 | + | Email/Text: bankruptcies@andanet.com | Feb 11 2026 21:09:00 | Anda, Inc., 2915 Weston Road, Weston, FL 33331-3627 |
| 520978004 | + | Email/Text: CSCBNC@cscglobal.com | Feb 11 2026 21:09:00 | CSC, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 520978080 | | Email/Text: FACS_Support@paychex.com | Feb 11 2026 21:09:00 | Paychex, 1175 John Street, West Henrietta, NY 14586-9199 |
| 520978101 | + | Email/Text: ogclitmail@hanover.com | Feb 11 2026 21:10:00 | The Hanover Insurance Group, PO Box 580045, Charlotte, NC 28258-0045 |
| 520978105 | + | Email/Text: bankruptcy@ups.com | | |

| | | | |
|---|---|---|---|
| | | Feb 11 2026 21:10:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 520978104 | + Email/Text: cdm_bankruptcymail@uhc.com | Feb 11 2026 21:09:00 | United Healthcare, PO Box 94017, Palatine, IL 60094-4017 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520978077 | | Osrec Ltd., 209 Warwick Building, Queen Road, LONDON SW118PL |
| 520977977 | ##+ | Allied Benefits System, 200 West Adams St., Suite 500, Chicago, IL 60606-5215 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Stolz | on behalf of Debtor DGN Pharmacy Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3