| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Tel: (973) 530-2046<br>Fax: (973) 530-2246<br>*Scott A. Zuber, Esq. (szuber@csglaw.com)*<br><br>*Attorneys for Cardinal Health 110, LLC and Cardinal Health 200, LLC* | |
| In re:<br><br>DGN PHARMACY, INC.,<br><br>Debtor. | Case No.: 26-11520 (JKS)<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Cardinal Health 110, LLC and Cardinal Health 200, LLC (collectively referred to as "Cardinal Health"), through its attorneys, Chiesa Shahinian & Giantomasi PC, appears in the above-captioned case, and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
Attn: Scott A. Zuber, Esq.
Tel: (973) 530-2046
Fax: (973) 530-2246
E-Mail: suber@csglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Cardinal Health to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Cardinal Health is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial

process under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Cardinal Health for such purpose.

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Attorneys for Cardinal Health 110, LLC and Cardinal Health 200, LLC*

By: /s/ *Scott A. Zuber*
SCOTT A. ZUBER

Dated: February 18, 2026