UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
(973) 736-4600
(973) 325-7467 Facsimile
Joshua S. Bauchner
(N.J. Bar No. 051242013)
jbauchner@mblawfirm.com
Katie F. Warren
(N.J. Bar No. 540842025)
kwarren@mblawfirm.com
*Counsel for Yehuda Mermelstein, Individually*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DGN PHARMACY, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 26 – 11520 (JKS) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Yehuda Mermelstein, individually, and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), that all notices and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Joshua S. Bauchner
Katie F. Warren
jbauchner@mblawfirm.com
kwarren@mblawfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Claimant to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Claimant's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Claimant's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Claimant's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Claimant is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Claimant expressly reserves.

Dated: Roseland, New Jersey
February 18, 2026

MANDELBAUM BARRETT PC

By: ***/s/ Joshua S. Bauchner***
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Joshua S. Bauchner, Esq.
Katie F. Warren
jbauchner@mblawfirm.com
kwarren@mblawfirm.com
(973) 736-4600

*Counsel for Yehuda Mermelstein, Individually*