| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on February 17, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **GENOVA BURNS LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Phone: (973) 467-2700<br>*Proposed Counsel to DGN Pharmacy, Inc.*<br>**DANIEL M. STOLZ, ESQ.**<br>**DONALD W. CLARKE, ESQ.**<br>**JACLYNN N. McDONNELL, ESQ.**<br>*dstolz@genovaburns.com*<br>*dclarke@genovaburns.com*<br>*jmcdonnell@genovaburns.com* | |
| In re:<br><br>DGN Pharmacy Inc.,<br><br>Debtor-in-Possession. | Case No.: 26-11520<br><br>Hon. John K. Sherwood<br><br>Chapter 11 |

**ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7**

The relief set forth on the following pages, numbered two (2), is **ORDERED**.

**DATED: February 17, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the application (the "Application") of DGN Pharmacy, Inc., the debtor and debtor-in-possession (the "Debtor"), for entry of an order converting this case from chapter 11 to chapter 7; and this Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice having been provided; and good cause appearing; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Application is **GRANTED**.

2. Pursuant to section 1112(a) of title 11 of the United States Code (the "Bankruptcy Code"), this case is hereby **CONVERTED** to a case under chapter 7 of the Bankruptcy Code, effective immediately.

3. The Office of the United States Trustee shall appoint a chapter 7 trustee forthwith.

4. All powers of the Debtor as debtor-in-possession are terminated upon entry of this Order.

5. The Debtor is authorized and directed to cooperate fully with the chapter 7 trustee, including, without limitation, by promptly turning over all property of the estate and all books, records, documents, electronically stored information, and other materials reasonably requested by the chapter 7 trustee.

6. Without limiting the foregoing, the Debtor shall preserve and make available to the chapter 7 trustee all pharmacy-related records, including patient records, prescription logs, controlled substance inventories, regulatory correspondence, and licensing materials.

7. This Court shall retain jurisdiction to enforce and implement the terms of this Order.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-11520-JKS
DGN Pharmacy, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin 
Date Rcvd: Feb 17, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DGN Pharmacy, Inc., 20 Murray Hill Parkway, Suite 210, East Rutherford, NJ 07073-2164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Stolz | on behalf of Debtor DGN Pharmacy Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3