RECD:BANKRUPTCY:NJ
2026 FEB 25 PM3:14:58

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Douglas M. Standriff, Esq.
25 E. Spring Valley Ave., Suite 330
Maywood NJ 07607
Counsel to Murray Hill Parkway Flex Buildings LLC
Tel.: 201-445-4555
Doug@njcivilattorney.com

In Re:

DGN Pharmacy, Inc.

Case No.: 26-11520

Chapter: 7

Judge: Hon John K. Sherwo

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Murray Hill Parkway Flex I. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Douglas Standriff, Esq.
25 E. Spring Valley Ave., Suite 330
Maywood NJ 07607

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 2-18-2026

Signature

*new.8/1/15*

# LAW OFFICE OF DOUGLAS M. STANDRIFF
## Attorneys at Law
*Certified by the Supreme Court of NJ as a* ***Civil Trial Attorney**** *Licensed in NJ, NY, OH & TX*
**25 E. Spring Valley Avenue, Suite 330, Maywood, NJ 07607**
*Ph*: (201) 445-4555 *Fax*: (201) 445-5855
*Litigation Website*: NJCivilAttorney.com
*Tax Appeal Website*: NJTaxAppealAttorney.com

Douglas M. Standriff, Esq.*
Doug@NJCivilAttorney.com
*Certified Tax Assessor*

Marissa L. Messinger, Esq.
Marissa@NJCivilAttorney.com
*Associate Attorney*

February 18, 2026

BANKRUPTCY COURT CLERK
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re: In Re DGN Pharmacy, Inc.
CASE NO.: 26-11520

Dear Clerk

Enclosed please find notice of appearance. Please file and return a copy to me in the enclosed envelope.

Very Truly Yours,

Douglas Standriff

CC: