| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GENOVA BURNS LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>Phone: (973) 467-2700<br>Proposed Counsel for DGN Pharmacy, Inc. d/b/a PersonalRX<br>DANIEL M. STOLZ, ESQ.<br>DONALD W. CLARKE, ESQ.<br>SUSAN A. LONG, ESQ.<br>dstolz@genovaburns.com | Case No.: 26-11520(JKS)<br><br>Chapter: 7 |
| In Re:<br><br>DGN PHARMACY, INC. d/b/a PERSONALRX,<br>Debtor. | Adv. No.: ____<br><br>Hearing Date: ____<br><br>Judge: JKS |

**CERTIFICATION OF SERVICE**

1. I, Lorrie Denson :

☐ represent ____ in this matter.

☒ am the secretary/paralegal for Daniel Stolz, who represents Debtor in this matter.

☐ am the ____ in this case and am representing myself.

2. On March 4, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application, Certification and proposed Order for Retention of Genova Burns LLC as counsel for Debtor.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 4, 2026

/s/ Lorrie Denson
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ATTN: David Gerardi, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>david.gerardi@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068-3701 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Attorneys for Cardinal Health 110, LLC and Cardinal Health 200, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua S. Bauchner, Esq.<br>Katie F. Warren, Esq.<br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068 | Counsel for Yehuda Mermelstein, Individually | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas M. Standriff, Esq.<br>25 E. Spring Valley Ave., Suite 330<br>Maywood, NJ 07607 | Counsel to Murray Hill Parkway Flex Buildings LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Shawn M. Christianson, Esq.<br>Buchalter LLP<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493 | Attorneys for Oracle America, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*