UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Ave.
Roseland, NJ 07068-3701
(973) 535-3701
Attorneys for Nancy Isaacson, Chapter 7 Trustee

Order Filed on March 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DGN PHARMACY, INC.,

Debtor

Case No.: 26-11520

Chapter: 7

Judge: JKS

**ORDER AUTHORIZING RETENTION OF**

VESTCORP LLC, ACCOUNTANTS

The relief set forth on the following page is **ORDERED**.

**DATED: March 5, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Vestcorp LLC
as Accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: 623 Eagle Rock Avenue
Suite 364
West Orange, NJ 07052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.