**Austin Technology Law Advisors, PLLC**

**Via Federal Express and e-mail**

February 27, 2026

Larry Margolis
Chief Executive Officer
DGN Pharmacy, Inc , dba Personal RX
20 Murray Hill Parkway, Suite 210
East Rutherford, NJ 07073
Email: larry@personalrx.com

2026 MAR 5 PM12:11:22
REC'D:BANKRUPTCY:NJ

Daniel Stolz
Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Email: dstolz@genovaburns.com

Clerk of the Bankruptcy Court
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

**RE: Notice of Termination of Cloud Computing Services Agreement between DGN Pharmacy, Inc., dba Personal RX ("Personal RX") and ClearDATA Networks, Inc. ("ClearDATA") dated December 14, 2018 (the "Agreement") and Bankruptcy Case number 26-11520-JKS.**

Dear Mr. Margolis:

ClearDATA is in receipt of Notice of Chapter 7 Bankruptcy Case dated February 17, 2026 (26-11520-JKS). Accordingly, ClearDATA hereby terminates the Agreement, effective immediately pursuant to Section 10.3 of the Agreement. While not required to do so, ClearDATA will continue to provide services under the Agreement until March 31, 2026.

Please contact Drew Schall at drew.schaal@cleardata.com to arrange for the orderly transfer of your data including Protected Health Information as defined by the Health Insurance Portability and Accountability Act ("HIPAA") that is stored on your behalf with Amazon Web Services.

Sincerely,

Thomas E. McKeever

Austin Technology Law Advisors, PLLC
On behalf of: ClearDATA Networks, Inc.

Cc: Drew Schaal (drew.schaal@cleardata.com)

xpress

Extremely Urgent

RECD-BANKRUPTCY NJ
2026 MAR 5 PM 12:11:13

S: M6C5 I:625
4621
580 9610
EST1 MAR 5 08:58:44 2026
PPS 25.9.1 Z0630R

Lead Tracking Number

ADAMS STREET SHIPPING
(707) 968-5499
ADAMS STREET SHIPPING
1241 ADAMS STREET
ST HELENA CA 94574

1 LBS

1 OF 1

DWT: 10,13,1

**SHIP TO:**
MLK JR FEDERAL BUILDING
(415) 290-7523
CLERK OF BANKRUPTCY COURT
50 WALNUT STREET
**NEWARK NJ 07102-3551**

**NJ 076 9-02**

## UPS GROUND

TRACKING #: 1Z A88 F28 03 6580 9610

BILLING: P/P

Invoice No.: 128916
Salesperson: SANDRINE

WS 20.0.105 Zebra ZP 450 09.0A 02/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

UPS