UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Ave.
Roseland, NJ 07068-3701
(973) 535-3701
Attorneys for Nancy Isaacson, Chapter 7 Trustee

Order Filed on March 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DGN PHARMACY, INC.,
Debtor

Case No.: 26-11520

Chapter: 7

Judge: JKS

**ORDER AUTHORIZING RETENTION OF**

VESTCORP LLC, ACCOUNTANTS

The relief set forth on the following page is **ORDERED**.

**DATED: March 5, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain Vestcorp LLC
as Accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 623 Eagle Rock Avenue
   Suite 364
   West Orange, NJ 07052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-11520-JKS
DGN Pharmacy, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Mar 05, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | DGN Pharmacy, Inc., 20 Murray Hill Parkway, Suite 210, East Rutherford, NJ 07073-2164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Stolz | on behalf of Debtor DGN Pharmacy Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Katie F. Warren | on behalf of Unknown Role Type Yehuda Mermelstein kwarren@mblawfirm.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Nancy Isaacson | on behalf of Trustee Nancy Isaacson nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |

| | |
|---|---|
| Scott A. Zuber | on behalf of Creditor Cardinal Health 110 LLC szuber@csglaw.com, ecf@csglaw.com |
| Scott A. Zuber | on behalf of Creditor Cardinal Health 200 LLC szuber@csglaw.com, ecf@csglaw.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health 110 LLC tfreedman@csglaw.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health 200 LLC tfreedman@csglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11