| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM ROWE SMITH & DAVIS LLP<br>75 LIVINGSTON AVE.<br>ROSELAND, NJ 07068<br>(973) 535-1600<br>Attorneys for Nancy Isaacson, Chapter 7 Trustee | Case No.: 26-11520<br><br>Chapter: 7 |
| In Re:<br><br>DGN PHARMACY, INC.<br><br>Debtor | Adv. No..: ____________<br><br>Hearing Date: ____________<br><br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Tricia E. DeRasmo:

   ❑ represent ___________________________________ in this matter.

   **X** am the secretary/paralegal for Nancy Isaacson, who represents Chapter 7 Trustee in this matter.

   ❑ am the ____________________________ in this case and am representing myself.

2. On March 10, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Verified Application to Approve Employment of Greenbaum, Rowe, Smith & Davis, LLP as Attorneys for the Chapter 7 Trustee; Certification of Proposed Attorneys; and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 10, 2026

/s/ Tricia E. DeRasmo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Attn: David Gerardi, Esquire | U.S. Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>X Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| DGN Pharmacy, Inc.<br>20 Murray Hill Parkway<br>Suite 210<br>East Rutherford, NJ 07073 | Debtor | ❑ Hand-delivered<br>X Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| Daniel Stolz<br>Genova Burns Llc<br>110 Allen Road, Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920 | Debtor Attorney | ❑ Hand-delivered<br>X Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>X Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |
| Scott Zuber, Esquire<br>Terri Jane Freedman, Esquire<br>Chiesa Shahanian & Giantomasi<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Attorneys for Cardinal Health 11, LLC and Cardinal Health 200, LLC | ❑ Hand-delivered<br>X Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ________________<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Joshua S. Bauchner, Esquire<br>Katie F. Warren, Esquire<br>Mandelbaum Barrett PC<br>3 Becker Farm Road, Suite 105<br>Roseland, NJ 07068 | Attorneys for Yehuda Mermelstein | ❑ Hand-delivered<br>**X** Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _______________<br>(as authorized by the court *) |