Docusign Envelope ID: C6665201-D11D-4609-8910-A457D6CA044B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. 26-11520 (JKS) |
| **DGN PHARMACY, INC. d/b/a PERSONALRX,** | } | Chapter 7 |
| | } | |
| **Debtor** | } | |

**AMENDED STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Yehuda Mermelstein, declare under penalty of perjury that I am the Sole Board Member of DGN PHARMACY, INC. D/B/A PERSONALRX, and that the following is a true and correct copy of the resolutions adopted by said Corporation at a special meeting duly called and held on March 19, 2026.

Whereas, it was determined to be in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of New Jersey pursuant to Chapter 11 of Title 11 of the United States Code;

Whereas, Yehuda Mermelstein, as sole Board Member, possessed the power and authority to engage MARK TAUB as Chief Restructuring Officer of the Corporation ("**CRO**") and to authorize Mark Taub to sign the Petition on behalf of the Corporation;

Whereas, Yehuda Mermelstein, as sole Board Member, possessed the power and authority to engage GENOVA BURNS LLC as bankruptcy counsel ("**Debtor's Counsel**") for the Corporation to represent the Corporation in the;

Whereas, on February 10, 2026, the Corporation, by its Sole Board Member Yehuda Mermelstein, caused the voluntary chapter 11 petition (the "**Petition**"), signed by the CRO, to be filed with the Court by Debtor's Counsel;

Whereas, the Statement Regarding Authority to Sign and File Petition (the "**Filing Resolution**") filed with the Court on February 10, 2026 by Debtor's Counsel, inadvertently and incorrectly identified Yehuda Mermelstein as the Acting Chief Executive Officer of the Corporation;

Whereas, Yehuda Mermelstein is not and never has been the Acting Chief Executive Officer the Corporation; and

Whereas, on February 17, 2026, the chapter 11 case was converted to a case under chapter 7 of the Bankruptcy Code.

Docusign Envelope ID: C6665201-D11D-4609-8910-A457D6CA044B

NOW THEREFORE, be it RESOLVED, that Yehuda Mermelstein, as the Sole Member of the Board of the Corporation, directs Debtor's Counsel to file the attached corrected Filing Resolution on behalf of the Corporation identifying him as the Sole Board Member of the Corporation.

Signed by:

Date: March 19, 2026 Signed: ______________________

D78F916D48004CF...

YEHUDA MERMELSTEIN

Amended Resolution of
DGN PHARMACY, INC. D/B/A PERSONALRX

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Resolved, that Yehuda Mermelstein, as the Sole Member of the Board, is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case.

Be It Further Resolved, that Yehuda Mermelstein, as the Sole Member of the Board, is authorized and directed to employ FIA/Mark Taub as CRO in such bankruptcy case.

Be It Therefore Resolved, that Yehuda Mermelstein, as Sole Member of the Board, has the power and authority to direct the CRO to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Yehuda Mermelstein, as Sole Member of the Board, has the power and authority to direct the CRO to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case.

Date: February 12, 2026 Signed: Signed by: D78F916D48064CF... ______________________
YEHUDA MERMELSTEIN