FORMAN HOLT
ATTORNEYS AT LAW

April 28, 2026

**<u>Via ECF & Email</u>**
Honorable John K. Sherwood
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

RE: DGN Pharmacy, Inc.
Case No. 26-11520 (JKS)

Motion for Relief from Automatic Stay [ECF No. 29]
Hearing Date: April 21, 2026

Dear Judge Sherwood:

Michael E. Holt
Member
mholt@formanlaw.com
201.857.7110

This firm represents Murray Hill Parkway Flex Buildings, LLC. ("Landlord") in the above-referenced chapter 7 case. On March 17, 2026, we filed a motion for relief from the automatic stay and seeking related relief [ECF No. 29] (the "Motion") so that our client could retake possession of the premises leased by the Debtor. The hearing on the Motion originally was scheduled for April 7, 2026. The hearing was adjourned to April 21, 2026, at the chapter 7 trustee's request. Although the chapter 7 trustee did not file opposition to the Motion, on the rescheduled hearing date, she requested that I notify the Court that a consent order would be submitted. On April 22, 2026, I sent a proposed consent order to the chapter 7 trustee. Today, the chapter 7 trustee informed me that she will not sign it. Accordingly, Landlord respectfully requests that the Court relist the Motion for hearing at the earliest possible date.

The Debtor's case was filed as a chapter 11 on February 10, 2026. On February 17, 2026, the case was converted to chapter 7 and the chapter 7 trustee was appointed. Landlord has not received any compensation for the use and occupancy of the premises since prior to the petition date.

Thank you for your consideration of this.

Respectfully,

Michael E. Holt
MEH:ka
cc: Nancy Isaacson, Chapter 7 Trustee (via email)
Douglas Standriff, Esq. (via email)
Jodi Krugman, Esq. (via email)
Mr. Michael Martynenko (via email)