| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>NANCY ISAACSON, ESQ. (NI/1325)<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue<br>Roseland, NJ 07068-3701<br>(973) 535-1600<br>Attorneys for Nancy Isaacson, Ch. 7 Trustee | Case No.: 26-11520<br>Chapter: 7 |
| In Re:<br>DGN PHARMACY, INC.,<br>Debtor. | Adv. No.: ______<br>Hearing Date: 7/13/26; 10:00 am<br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Tricia E. DeRasmo :

☐ represent ____________________ in this matter.

☒ am the secretary/paralegal for Nancy Isaacson, Esquire, who represents Chapter 7 Trustee in this matter.

☐ am the ____________________ in this case and am representing myself.

2. On June 21, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion to Dismiss Case, Certification in Support of Motion, Exhibit A, Memorandum of Law and proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6/21/26

/s/Tricia E. DeRasmo
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| SEE ATTACHED SERVICE LIST | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**SERVICE LIST**

David Gerardi
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center
Ste 2100
Newark NJ 07102

Daniel Stolz, Esquire
Genova Burns LLC
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
*Attorney for Debtor*

Jodi C. Krugman
Deputy Attorney General
Consumer Affairs Counseling
Division of Law
124 Halsey Street
5th Floor
PO Box 45029
Newark, NJ 07101

U.S. Department of Justice
Drug Enforcement Administration
Attn: Thomas Popowich, Division Program Manager
New Jersey Field Division
80 Mulberry Street
Newark, NJ 07102

Scott A. Zuber, Esquire
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
*Attorneys for Cardinal Health 110, LLC and Cardinal Health 200, LLC*

Terri Jane Freedman, Esquire
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
*Attorneys for Cardinal Health 110, LLC and Cardinal Health 200, LLC*

Joshua S. Bauchner, Esquire
Katie F. Warren, Esquire
Mandelbaum Barrett PC
3 Becker Farm Road
Suite 105
Roseland, NJ 07068
*Attorneys for Yehuda Mermelstein, Individually*

Douglas M. Standriff, Esquire
25 E. Spring Valley Ave.
Suite 330
Maywood, NJ 07607
*Attorneys for Murray Hill Parkway Flex Buildings LLC*

Shawn M. Christianson, Esquire
Buchalter LLP
425 Market Street
Suite 2900
San Francisco, CA 94105-3493
*Attorneys for Oracle America, Inc.*

Michael Holt, Esq.
Forman Holt
365 W. Passaic St.
Suite 400
Rochelle Park, NJ 07662
*Counsel to landlord Murray Hill Parkway Flex Buildings LLC*

ALL PARTIES ON ATTACHED CREDITOR MAILING MATRIX

~~Label Matrix for local noticing~~
~~0312-2~~
~~Case 26-11520-JKS~~
~~District of New Jersey~~
~~Newark~~
~~Thu Jun 18 13:01:30 EDT 2026~~

~~Cardinal Health 110, LLC~~
~~c/o Chiesa Shahinian & Giantomasi PC~~
~~105 Eisenhower Parkway~~
~~Attn: Scott A. Zuber, Esq.~~
~~Roseland, NJ 07068-1644~~

~~Cardinal Health 200, LLC~~
~~c/o Chiesa Shahinian & Giantomasi PC~~
~~105 Eisenhower Parkway~~
~~Attn: Scott A. Zuber, Esq.~~
~~Roseland, NJ 07068-1644~~

DGN Pharmacy, Inc.
20 Murray Hill Parkway
Suite 210
East Rutherford, NJ 07073-2164

Genova Burns LLC
Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920-4500

Murray Hill Parkway Flex Buildings, LLC
c/o Forman Holt
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662-3005

~~United States Trustee~~
~~Office of the United States Trustee~~
~~One Newark Center~~
~~Suite 2100~~
~~Newark, NJ 07102-5235~~

Vestcorp LLC
623 Eagle Rock Avenue
Suite 364
West Orange, NJ 07052-2948

~~U.S. Bankruptcy Court~~
~~MLK Jr Federal Building~~
~~50 Walnut Street~~
~~Newark, NJ 07102-3550~~

Aboyoun Dobbs, LLC
77 Bloomfield Ave
Pine Brook, NJ 07058

AfterShip, Inc.
2711 Centerville Road
Wilmington, DE 19808-1660

Ahmad Hussein
22A Van Wyk Road
APT 22A
Lake Hiawatha, NJ 07034-1249

Aida Sono
28 Andover Drive
Wayne, NJ 07470-2915

All Points Social LLC
15 Myrtle Ave., Unit 3A
Westport, CT 06880-3516

All Points Social LLC
15 Myrtle Ave., Unit 8A
Westport, CT 06880-3516

Allied Benefits System
200 West Adams St., Suite 500
Chicago, IL 60606-5215

Amerisource Receivables
6001 Global Distribution Way #102
Louisville, KY 40228-1182

Anda, Inc.
2915 Weston Road
Weston, FL 33331-3627

ApplicantSale
2050 West County Line Road
Suite 1
Jackson, NJ 08527-2035

Archer & Greiner, P.C.
1025 Laurel Oak Rd.
Voorhees, NJ 08043-3506

Archer & Greiner, PC
1025 Laurel Road Road
Voorhees, NJ 08043-3506

Ashley Konopka
281 Carlton Ave
East Rutherford, NJ 07073-1049

Assured Partners
5905 East Galbraith Road
Suite 5000
Cincinnati, OH 45236-2378

Austin Lawrence Group, Inc.
184.5 Gregory Blvd
Norwalk, CT 06855

BENESCH,FRIEDLANDER,COPLAN & ARONOFF LLP
c/o Weltman, Weinberg & Reis, CO., LPA.
5990 West Creek Rd Suite 200
Independence, OH 44131-2191

Becton, Dickinson and Company
c/o McCarter & English, LLP, Attn: Lisa
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4062

Benesch, Friedlander, Copland & Aronoff
PO Box 932048
Cleveland, OH 44193-0007

BluPax Pharmaceuticals LLC
160 Raritan Center Parkway
Unit 1
Edison, NJ 08837-3637

Borough of East Rutherford
312 Grove St
East Rutherford, NJ 07073-1711

Branca Properlties
375 Murray Hill Pkwy, #2
East Rutherford, NJ 07073-2141

CBIZ CPA's P.C.
PO Box 95000-2288
Philadelphia, PA 19195-0001

CCI Voice
38 High Ridge Road
Redding, CT 06896-2019

CNA Insurance
PO Box 74007619
Chicago, IL 60674-7619

CNWR, Inc.
616 Madison
Toledo, OH 43604-1102

CSC
251 Little Falls Drive
Wilmington, DE 19808-1674

CT Corporation
Attn: Bankruptcy (SOP)
New York, NY 10005

Caitlin C. Conklin, Esq.
K&L Gates LLP
One Newark Center, 10th Fl.
Newark, NJ 07102-5237

Capital Wholesale
873 Williams Ave
Columbus, OH 43212-3850

Cardinal
PO Box 13862
Newark, NJ 07188-3862

Cardinal Bag Co.
2861 Gray Fox Road
Monroe, NC 28110-6405

Cardinal GenMed
PO Box 13862
Newark, NJ 07188-3862

Cardinal Health 110, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, OH 43017-1091

Cardinal Opti-Freight
PO Box 13862
Newark, NJ 07188-3862

Cartridge World
580 Valley Road, 2nd Floor
Wayne, NJ 07470-3550

Cary R. Sternback, Esq.
Heitner & Breitstein PC
PO Box 270
Wickatunk, NJ 07765-0270

Cdfine Solutions, LLC
6209 Minuteman Ln.
Somerset, NJ 08873-6103

Centri Business Consulting, LLC
PO Box 7112
Lancaster, PA 17604-7112

Charles Oestreicher
6 Park Drive South
Rye, NY 10580-1827

Claudia Alvarado
566 Fern ave
lyndhurst, NJ 07071-2231

Clear Data, Inc.
Dept. 3723
PO Box 123723
Dallas, TX 75312-3723

Connell Foley LLC
56 Livingston Avenue
Roseland, NJ 07068-1733

Crystal M Allison
73800 Flagstone Lane
Palm Desert, AC 92260-5568

Cumulus Communications, Inc.
70 Stony Hill Rd
2nd Floor
Bethel, CT 06801-3086

DHAVALKUMAR T PATEL
503 DILLION CT
NORTH BRUNSWICK, NJ 08902-5510

David Levine, Esq.
Fein Such Kahn & Shepard, PC
6 Campus Drive, Suite 304
Parsippany, NJ 07054-4673

David Mania
77 Westervelt Place
Lodi, NJ 07644-1005

Digital Media Solutions, LLC
1110 E. Hector St.
Conshohocken, PA 19428

Douglas M. Standriff, Esq.
25 E. Spring Valley Ave., Suite 330
Maywood, NJ 07607-2153

En-Vision America
825 4th Street West
Palmetto, FL 34221-5013

Euler Hermes N.A - Agent for KeySource Acqui
ATTN: Guy P Young Jr
100 International dr 22nd fl
Baltimore, MD 21202-4783

Evergreen & Oak
3505 Barlett Circle
Hillsborough, NC 27278-6797

Evergreen and Oak, LLC
3505 Bartlett Circle
Hillsborough, NC 27278-6797

Executive Financial Enterprises, Inc.
Assignee of United Parcel Service
1465 Tamarind Ave., Box 680
Los Angeles, CA 90028-8412

F and S Marketing
27 Riverglen Dr.
Thiells, NY 10984-1438

Fedex Corporation
c/o Law Offices of Joseph A. Molinaro
648 Wyckoff Ave.
Wyckoff, NJ 07481-1428

Fernando Vargas
23 Tomas St., #2
Paterson, NJ 07503-2312

Five C's Inc.
Goldberg Weprin Finkel Goldstein LLC
125 Park Avenue
New York, NY 10017-5529

Forte Media Solutions LLC
4800 140th Avenue North
Suite 101
Clearwater, FL 33762-3874

Fox Rothschild LLP
Attn: Martha B. Chovanes, Esquire
2001 Market Street, Suite 1700
Philadelphia, PA 19103-7045

Fox Rothschild LLP
Attn: Michael W. Sabo, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540-6236

Frier Levit Attorneys at Law
84 Bloomfield Ave
Pine Brook, NJ 07058-9709

GPAC, LLC
5900 S. Doral Ave., Suite 103
Sioux Falls, SD 57108-6462

Gene Smilgiewicz
309 West 86th St., #8A
New York, NY 10024-3163

Gerald R. Salerno, Esq.
Aronsohn Weiner and Salerno
21 Main Street, Suite 100
Hackensack, NJ 07601-7021

Gillian Giannone
c/o Ernesto Cerimele, Esq.
Klingeman, Cerimele, Attorneys
100 Southgate Parkway, Suite 150
Morristown, NJ 07960-6465

Greenhill Trading, Inc.
5701 Foster Ave
Brooklyn, NY 11234-1001

Gregg Kattine and Michele Kattine
8 Taylore Lane
Woodland Park, NJ 07424-3107

Griffin Custom Computers & Networks Inc.
5310 Spectrum Driive
Suite B
Gaithersburg, MD 20879

HealthSpective, Inc.
14019 Southwest Fwy
Suite 301-705
Sugar Land, TX 77478-3563

Home RX-ABC
5500 New Horizon Blvd. North
Amityville, NY 11701-1156

Home RX-Alarm Relay
111 S. Marshall Ave.
El Cajon, CA 92020-4251

Home RX-Blupax
160 Raritan Center Pkwy
Unit 1
Edison, NJ 08837-3637

Home RX-CCI Voice
38 High Ridge Road
Redding, CT 06896-2019

Home RX-Cartridge World
580 Valleu Road, 2nd Fl.
Wayne, NJ 07470-3550

Home RX-Drug Lift Corp.
99-27 62nd Road
Rego Park, NY 11374-1474

Home RX-Energy Mechanical Inc.
77 Brightside Ave.
Central Islip, NY 11722-2811

Home RX-Epic Signs
1001 Route 70, Ste. 2116
Toms River, NJ 08755-1675

Home RX-Genesis Advance, Inc.
2743 Morton Ave
Oceanside, NY 11572-2326

Home RX-Greenhill Trading
5701 Foster Ave.
Brooklyn, NY 11234-1001

Home RX-SureCost
14 Washington St.
Conway, NH 03818-6042

HomeRX-Impact Fire
58-29 Maspeth Ave
Maspeth, NY 11378-2213

HomeRX-Jays Company
PO Box 309
Rogers, MN 55374-0309

HomeRX-KMT Electric
35 MacDonald Ave.
Amityville, NY 11701-3711

HomeRX-Long Island Industrial
6851 Jericho Turnpike
Suite 155
Syosset, NY 11791-4462

HomeRX-MHA
400 Interpace Pkwy.
Bldg. C, Suite 200
Parsippany, NJ 07054-1120

HomeRX-Megamax
2906 Shell Road, 1st Fl.
Brooklyn, NY 11224-3612

HomeRX-NDC
4 Corproate Dr., Suite D
Cranbury, NJ 08512-3613

HomeRX-Net-RX
400 Interpace Pkwy
Bldg. C, Suite 200
Parsippany, NJ 07054-1120

HomeRX-Omnicell
500 Cranberry Woods Dr.
Cranberry Twp, PA 16066-5224

HomeRX-PSE&G
15 Park Drive
Melville, NY 11747-3035

HomeRX-Parata Systems
PO Box 736099
Chicago, IL 60673-6099

HomeRX-Pharmpack Solutions
4 Cabinfield Circle
Lakewood, NJ 08701-2000

HomeRX-Pioneer
PO Box 53407
Shreveport, LA 71135-3407

HomeRX-ProShred
4 W. Main St., Suite 104
Elmsford, NY 10523-2407

HomeRX-Ready ReFresh
32069 Gale Ave
Long Island City, NY 11101

HomeRX-Taylor Communications
PO Box 91047
Chicago, IL 60693-1047

HomeRX-TopRX
2950 Brother Blvd.
Bartlett, TN 38133-3968

HomeRX-United Healthcare
PO Box 94017
Palatine, IL 60094-4017

HomeRX-Vital Shred
PO Box 5874
Birmingham, AL 35246-0001

HomeRX-Worldwide Express
PO Box 21272
New York, NY 10087-1272

HomeRX-Yotek Security
108 S. Franklin Ave.
Suite 15
Valley Stream, NY 11580-6105

Innovative Work Solutions LLC
PO Box 784
Monsey, NY 10952-0784

James K. Webber, Esq.
Webber McGill LLC
100 E. Hanover Ave., Suite 401
Cedar Knolls, NJ 07927-2047

Jason De Ruggiero
71 Vreeland Road
West Milford, NJ 07480-2900

Jeffrey S. Peters, Esq.
Kurzman Eisenberg Corbin & Lever LLP
One North Broadway, 12th Floor
White Plains, NY 10601-2331

Jennifer L. Kovach, Esq.
1 Mill St., Suite 107
Franklin, NJ 07416-1593

Jhobette Balingit
124 Cedar Ln Apt 5m
Teaneck, NJ 07666-4425

Joel M. Flink, Esq.
law Offices of Frederic I. Weinberg & As
1200 Laurel Oak Road
Suite 104
Voorhees, NJ 08043-4317

Kevin J. Nash, Esq.
Goldberg Weprin Finkel Goldstein LLC
125 Park Avenue
New York, NY 10017-5690

KeySource Acquisition LLC
PO Box 645924
Cincinnati, OH 45264-5924

Larry Margolis
8 Orchard Drive
Purchase, NY 10577-2205

Law Office of Bradley D. Schnur, Esq.
400 Jericho Turnpike
Suite 226
Jericho, NY 11753-1320

Law Office of Oscar de la Guardia, PLLC
2712 Segovia St.
Coral Gables, FL 33134-5622

Lawrence Margolis
8 Orchard Drive
Purchase, NY 10577-2205

Lea Grossman
320 Lawrence Ave
Highland Park, NJ 08904-1840

Lisaidy Martinez
810 26th st apt W
Union City, NJ 07087-2260

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403-6244

Maria J. Alves
378 Parker St.
Newark, NJ 07104-1305

McKesson Drug
10 Hudson Crossing Drive
Montgomery, NY 12549-2855

Michael P. Corcoran, Esq.
Corcoran Law Offices
35 Love Lane
Netcong, NJ 07857-1026

Murray Hill Parkway Flex Buildings LLC
375 Murray Hill Parkway
East Rutherford, NJ 07073-2141

NABP
1600 Freehanville Dr.
Mount Prospect, IL 60056-6014

NDC Distributors
4 Corporate Dr.
Suite D
Cranbury, NJ 08512-3613

(p)NJ DOL & WD
ATTN DIVISION OF EMPLOYER ACCOUNTS
PO BOX 379
TRENTON NJ 08625-0379

Net-RX
400 Interpace Pkwy
Bldg. C, Suite 200
Parsippany, NJ 07054-1120

Nivagen Pharmaceuticals
3050 Fite Circle
Suite 100
Sacramento, CA 95827-1818

Nordic Ice
2705 Clemmens Road
Suite A-103
Hatfield, PA 19440-4201

Omnicell, Inc.
2003 Gandy Blvd. N.
Saint Petersburg, FL 33702-2165

Oracle America, Inc.
Shawn M. Christianson, Esq.
Buchalter LLP
425 Market Street, Suite 2900
San Francisco, California 94105-2491

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter LLP
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Oracle NetSuite
400 Oracle Parkway
Redwood City, CA 94065-1607

Outsource USA
8420 118th Street
Kew Gardens, NY 11415-2906

Oxford Health Plans
9700 Healthcare Lane
Minnetonka, MN 55343-4522

Parata Systems LLC
PO Box 736099
Chicago, IL 60673-6099

Paychex
1175 John Street
West Henrietta, NY 14586-9199

PharmPro, Inc.
3605 Edgemont Ave.
Back Bldg. Suite 1
Brookhaven, PA 19015-2862

Pharmsource LLC
123 Newman Dr.
Brunswick, GA 31520-2936

Pioneer Central
PO Box 53407
Shreveport, LA 71135-3407

Pioneer NJ
PO Box 53407
Shreveport, LA 71135-3407

Pioneer RX
PO Box 53407
Shreveport, LA 71135-3407

Pre Employment Drug Test
1114 Garraty Rd.
San Antonio, TX 78209-6015

Propel Partners LLC
3 Barry Lane
Westport, CT 06880-1420

Prudhvi kopparapu
209 East 2nd Street
APT 312
Bound Brook, NJ 08805-2290

Purpose
810 W. Mary St.
Austin, TX 78704-4140

Purpose Marketing Intelligence and Strategy
810 West Mary street
Austin, TX 78704-4140

Quality Express Coffee and Vending
1006 Branagan Drive
Tullytown, PA 19007-6301

RR Donnelley
4101 Winfield Road
Warrenville, IL 60555-3521

Real Value Products
5100 Commerce Parkway
San Antonio, TX 78218-5523

Saige Nicholson
140 Prospect Ave., 4S
Hackensack, NJ 07601-2245

Second Source RX
13600 Shoreline Drive
Earth City, MO 63045-1218

Shippiz Inc.
465 Oberlin Ave. South
Lakewood, NJ 08701-6904

Skie Nicholson
140 Prospect Ave., 4S
Hackensack, NJ 07601-2245

Smart-Fill Management Group Inc.
c/o Morton R. Branzburg Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103-2945

Smart-Fill Management Group, Inc.
905 North Main Street
Austin, MN 55912-3357

Specialty Answering Services
1006 W. 9th Ave.
Suite 150
King of Prussia, PA 19406-1206

State of New Jersey
Department of Labor & Workforce Dev.
PO Box 059
Trenton, NJ 08625-0059

SureCost
Dept. 2490
PO Box 4110
Woburn, MA 01888-4110

SureCost, LLC
360 Central Avenue
Suite 800
Saint Petersburg, FL 33701-3984

Susan Nixon
627 Division Avenue
Carlstadt, NJ 07072-1436

Tabitha Castagna
329 2nd Street, #2
Calstadt, NJ 07072-1153

Taylor Corporation
PO Box 91047
Chicago, IL 60693-1047

Tepper & Tepper CPAs
1938 Grand Ave.
Baldwin, NY 11510-2454

Tessa A. DeCandido
229 East Market St.
Long Beach, NY 11561-2209

The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

The Remedy Group LLC
525 3rd Street, Suite 200
Lake Oswego, OR 97034-3082

Thomas Callahan
20052 Palm Island Drive
Boca Raton, FL 33498-4511

Thomas J. Callahan
38 North Highcrest Drive
Hawthorne, NJ 07506-3012

U.S. Department of Health & Human Services,
Fred Kemper- OGC
801 Market Street, Suite 9700
Philadelphia, PA 19107-3126

~~U.S. Trustee~~
~~US Dept of Justice~~
~~Office of the US Trustee~~
~~One Newark Center Ste 2100~~
~~Newark, NJ 07102-5235~~

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

UPS 7599XV
35 Glenlake Pkwy NE
Atlanta, GA 30328-3475

URAC
1220 L. St. NW
Suite 400
Washington, DC 20005-4013

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

Vaupen Advisors LLC
11940 SW 99th St.
Miami, FL 33186-2645

Vayner Commerce
10401 Jefferson Blvd.
Culver City, CA 90232-3512

Veridikal
355 Riverside Ave.
Suite 205
Westport, CT 06880-4829

Veridikal Technologies, LLC
285 Riverside Avenue, Suite 300
Westport, CT 06880-4800

WIS International
PO Box 77631
Detroit, MI 48277-0631

WWEX Franchise Holdings LLC
2700 Commerce St St 1500
Dallas, TX 75226-1404

Wasserman Jurista & Stolz
110 Allen Road
Suite 304
Basking Ridge, NJ 07920-4500

Western Wellness Solutions
1555 Doolittle Drive
Suite 170
San Leandro, CA 94577-2239

Wolters Kluwer
PO Box 412094
Boston, MA 02241-2094

Yvonne Nicholson
140 Prospect Ave., Apt 4S
Hackensack, NJ 07601-2245

Zakim and Zakim PC
PO Box 21272
New York, NY 10087-1272

Zix Corp.
Dept. 41359
PO Box 650823
Dallas, TX 75265-0823

Zorro
135 West 50th St.
Suite #200
New York, NY 10020-1210

gpac LLC
Attn: Liz Sonnenfeld
5900 S. Doral Avenue, Suite 103
Sious Falls, SD 57108-6462

~~Daniel Stolz~~
~~Genova Burns LLC~~
~~110 Allen Road~~
~~Suite 304~~
~~Ste 304~~
~~Basking Ridge, NJ 07920-4500~~

~~Nancy Isaacson~~
~~Greenbaum, Rowe, Smith & Davis LLP~~
~~75 Livingston Ave~~
~~Suite 301~~
~~Roseland, NJ 07068-3788~~

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

NJ Dept. of Labor, Div. Employer Accounts
PO Box 379
Trenton, NJ 08625-0379

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Murray Hill Parkway Flex

(u)OSREC Technologies
209 Warwick Building
366 Queenstown Road
London
SW11 8PL

(u)Osrec Ltd.
209 Warwick Building
Queen Road
LONDON  SW118PL

(u)Yehuda Mermelstein

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 200 |
| Bypassed recipients | 4 |
| Total | 204 |