Form 170 − ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−11520−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
DGN Pharmacy, Inc.
dba PersonalRX
20 Murray Hill Parkway
Suite 210
East Rutherford, NJ 07073

Social Security No.:

Employer's Tax I.D. No.:
26−4694846

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Nancy Isaacson, Trustee.

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

- ☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.
- ☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.
- ☐ The corporate debtor is self−represented.
- ☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 7/14/26
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: June 22, 2026
JAN: isd

Jeanne Naughton
Clerk