| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **NANCY ISAACSON, CHAPTER 7 TRUSTEE**<br>**GREENBAUM ROWE SMITH & DAVIS LLP**<br>75 Livingston Avenue,<br>Suite 301<br>New Jersey 07068<br>(973)577-1930<br>nisaacson@greenbaumlaw.com |
| In re:<br><br>DGN PHARMACY INC.,<br><br>Debtor. |

Case No. 26-11520/JKS

Chapter 7

**AMENDED NOTICE OF MOTION FOR AN ORDER DISMISSING CASE PURSUANT TO 11 U.S.C. § 704(a)**

**TO: ALL PARTIES ON THE ATTACHED SERVICE LIST**

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that on the 14th day of July, 2026 at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, the undersigned, as the Chapter 7 Trustee for the captioned Debtor shall apply to the Honorable John K. Sherwood, United States Bankruptcy Judge, 50 Walnut Street, Newark, New Jersey, for an order Dismissing the Chapter 7 Case Pursuant to 11 U.S.C. § 704(a).

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the undersigned shall rely upon the within Certification of Nancy Isaacson and Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Chapter 7 Trustee

By: */s/ Nancy Isaacson*
Nancy Isaacson

Dated: June 22, 2026