Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−11520−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
DGN Pharmacy, Inc.
dba PersonalRX
20 Murray Hill Parkway
Suite 210
East Rutherford, NJ 07073

Social Security No.:

Employer's Tax I.D. No.:
26−4694846

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-11520-JKS
DGN Pharmacy, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE



The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | #+ | DGN Pharmacy, Inc., 20 Murray Hill Parkway, Suite 210, East Rutherford, NJ 07073-2164 |
| aty | + | Douglas Standriff, 25 E Spring Valley Ave Suite 330, Maywood, NJ 07607-2153 |
| aty | + | Genova Burns LLC, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| aty | + | Greenbaum, Rowe, Smith & Davis, LLP, 75 Livingston Avenue, Roseland, NJ 07068-3788 |
| cr | + | Cardinal Health 110, LLC, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott A. Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| cr | + | Cardinal Health 200, LLC, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Scott A. Zuber, Esq., Roseland, NJ 07068 UNITED STATES 07068-1640 |
| 520977973 | | Aboyoun Dobbs, LLC, 77 Bloomfield Ave, Pine Brook, NJ 07058 |
| 520977974 | + | AfterShip, Inc., 2711 Centerville Road, Wilmington, DE 19808-1660 |
| 521009239 | + | Ahmad Hussein, 22A Van Wyk Road, APT 22A, Lake Hiawatha, NJ 07034-1249 |
| 521009984 | | Aida Sono, 28 Andover Drive, Wayne, NJ 07470-2915 |
| 520977975 | + | All Points Social LLC, 15 Myrtle Ave., Unit 3A, Westport, CT 06880-3516 |
| 520977976 | + | All Points Social LLC, 15 Myrtle Ave., Unit 8A, Westport, CT 06880-3516 |
| 520977978 | + | Amerisource Receivables, 6001 Global Distribution Way #102, Louisville, KY 40228-1182 |
| 520977980 | + | ApplicantSale, 2050 West County Line Road, Suite 1, Jackson, NJ 08527-2035 |
| 520980667 | + | Archer & Greiner, P.C., 1025 Laurel Oak Rd., Voorhees, NJ 08043-3506 |
| 520977981 | + | Archer & Greiner, PC, 1025 Laurel Road Road, Voorhees, NJ 08043-3506 |
| 521009173 | + | Ashley Konopka, 281 Carlton Ave, East Rutherford, NJ 07073-1049 |
| 520977982 | + | Assured Partners, 5905 East Galbraith Road, Suite 5000, Cincinnati, OH 45236-2378 |
| 520977983 | | Austin Lawrence Group, Inc., 184.5 Gregory Blvd, Norwalk, CT 06855 |
| 521215769 | + | Becton, Dickinson and Company, c/o McCarter & English, LLP, Attn: Lisa, 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4062 |
| 520977984 | + | Benesch, Friedlander, Copland & Aronoff, PO Box 932048, Cleveland, OH 44193-0007 |
| 520977985 | + | BluPax Pharmaceuticals LLC, 160 Raritan Center Parkway, Unit 1, Edison, NJ 08837-3637 |
| 520977986 | + | Borough of East Rutherford, 312 Grove St, East Rutherford, NJ 07073-1711 |
| 520977987 | + | Branca Properlties, 375 Murray Hill Pkwy, #2, East Rutherford, NJ 07073-2141 |
| 520977996 | + | CBIZ CPA's P.C., PO Box 95000-2288, Philadelphia, PA 19195-0001 |
| 520977997 | + | CCI Voice, 38 High Ridge Road, Redding, CT 06896-2019 |
| 520978001 | + | CNA Insurance, PO Box 74007619, Chicago, IL 60674-7619 |
| 520978002 | + | CNWR, Inc., 616 Madison, Toledo, OH 43604-1102 |
| 521009630 | | CT Corporation, Attn: Bankruptcy (SOP), New York, NY 10005 |
| 520977988 | + | Caitlin C. Conklin, Esq., K&L Gates LLP, One Newark Center, 10th Fl., Newark, NJ 07102-5237 |
| 520977989 | + | Capital Wholesale, 873 Williams Ave, Columbus, OH 43212-3850 |
| 520977990 | + | Cardinal, PO Box 13862, Newark, NJ 07188-3862 |
| 520977991 | + | Cardinal Bag Co., 2861 Gray Fox Road, Monroe, NC 28110-6405 |
| 520977992 | + | Cardinal GenMed, PO Box 13862, Newark, NJ 07188-3862 |
| 520977993 | + | Cardinal Opti-Freight, PO Box 13862, Newark, NJ 07188-3862 |
| 520977994 | + | Cartridge World, 580 Valley Road, 2nd Floor, Wayne, NJ 07470-3550 |
| 520977995 | + | Cary R. Sternback, Esq., Heitner & Breitstein PC, PO Box 270, Wickatunk, NJ 07765-0270 |
| 520977998 | + | Cdfine Solutions, LLC, 6209 Minuteman Ln., Somerset, NJ 08873-6103 |
| 520977999 | + | Centri Business Consulting, LLC, PO Box 7112, Lancaster, PA 17604-7112 |

| | | |
|---|---|---|
| 521010243 | | Charles Oestreicher, 6 Park Drive South, Rye, NY 10580-1827 |
| 521021051 | + | Claudia Alvarado, 566 Fern ave, lyndhurst, NJ 07071-2231 |
| 520978000 | | Clear Data, Inc., Dept. 3723, PO Box 123723, Dallas, TX 75312-3723 |
| 520978003 | + | Connell Foley LLC, 56 Livingston Avenue, Roseland, NJ 07068-1733 |
| 521023183 | + | Crystal M Allison, 73800 Flagstone Lane, Palm Desert, AC 92260-5568 |
| 521042280 | + | Cumulus Communications, Inc., 70 Stony Hill Rd, 2nd Floor, Bethel, CT 06801-3086 |
| 521021290 | | DHAVALKUMAR T PATEL, 503 DILLION CT, NORTH BRUNSWICK, NJ 08902-5510 |
| 520978005 | + | David Levine, Esq., Fein Such Kahn & Shepard, PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521027861 | + | David Mania, 77 Westervelt Place, Lodi, NJ 07644-1005 |
| 520978006 | | Digital Media Solutions, LLC, 1110 E. Hector St., Conshohocken, PA 19428 |
| 520978007 | + | Douglas M. Standriff, Esq., 25 E. Spring Valley Ave., Suite 330, Maywood, NJ 07607-2153 |
| 520978008 | + | En-Vision America, 825 4th Street West, Palmetto, FL 34221-5013 |
| 521204014 | + | Euler Hermes N.A - Agent for KeySource Acquisition, ATTN: Guy P Young Jr, 100 International dr 22nd fl, Baltimore, MD 21202-4783 |
| 520978009 | + | Evergreen & Oak, 3505 Barlett Circle, Hillsborough, NC 27278-6797 |
| 520986715 | + | Evergreen and Oak, LLC, 3505 Bartlett Circle, Hillsborough, NC 27278-6797 |
| 520978010 | + | Executive Financial Enterprises, Inc., Assignee of United Parcel Service, 1465 Tamarind Ave., Box 680, Los Angeles, CA 90028-8412 |
| 520978011 | + | F and S Marketing, 27 Riverglen Dr., Thiells, NY 10984-1438 |
| 520978012 | + | Fedex Corporation, c/o Law Offices of Joseph A. Molinaro, 648 Wyckoff Ave., Wyckoff, NJ 07481-1428 |
| 520978013 | + | Fernando Vargas, 23 Tomas St., #2, Paterson, NJ 07503-2312 |
| 521065281 | + | Five C's Inc., Goldberg Weprin Finkel Goldstein LLC, 125 Park Avenue, New York, NY 10017-5529 |
| 520978014 | + | Forte Media Solutions LLC, 4800 140th Avenue North, Suite 101, Clearwater, FL 33762-3874 |
| 521045415 | + | Fox Rothschild LLP, Attn: Martha B. Chovanes, Esquire, 2001 Market Street, Suite 1700, Philadelphia, PA 19103-7045 |
| 520978015 | + | Fox Rothschild LLP, Attn: Michael W. Sabo, Esq., 212 Carnegie Center, Suite 400, Princeton, NJ 08540-6236 |
| 520978016 | + | Frier Levit Attorneys at Law, 84 Bloomfield Ave, Pine Brook, NJ 07058-9709 |
| 520978020 | + | GPAC, LLC, 5900 S. Doral Ave., Suite 103, Sioux Falls, SD 57108-6462 |
| 520978017 | + | Gene Smilgiewicz, 309 West 86th St., #8A, New York, NY 10024-3163 |
| 520978018 | + | Gerald R. Salerno, Esq., Aronsohn Weiner and Salerno, 21 Main Street, Suite 100, Hackensack, NJ 07601-7021 |
| 520978019 | + | Gillian Giannone, c/o Ernesto Cerimele, Esq., Klingeman, Cerimele, Attorneys, 100 Southgate Parkway, Suite 150, Morristown, NJ 07960-6465 |
| 520978021 | + | Greenhill Trading, Inc., 5701 Foster Ave, Brooklyn, NY 11234-1001 |
| 520978022 | + | Gregg Kattine and Michele Kattine, 8 Taylore Lane, Woodland Park, NJ 07424-3107 |
| 520978023 | | Griffin Custom Computers & Networks Inc., 5310 Spectrum Driive, Suite B, Gaithersburg, MD 20879 |
| 520978024 | + | HealthSpective, Inc., 14019 Southwest Fwy, Suite 301-705, Sugar Land, TX 77478-3563 |
| 520978025 | + | Home RX-ABC, 5500 New Horizon Blvd. North, Amityville, NY 11701-1156 |
| 520978026 | + | Home RX-Alarm Relay, 111 S. Marshall Ave., El Cajon, CA 92020-4251 |
| 520978027 | + | Home RX-Blupax, 160 Raritan Center Pkwy, Unit 1, Edison, NJ 08837-3637 |
| 520978029 | + | Home RX-CCI Voice, 38 High Ridge Road, Redding, CT 06896-2019 |
| 520978028 | + | Home RX-Cartridge World, 580 Valleu Road, 2nd Fl., Wayne, NJ 07470-3550 |
| 520978030 | + | Home RX-Drug Lift Corp., 99-27 62nd Road, Rego Park, NY 11374-1474 |
| 520978031 | + | Home RX-Energy Mechanical Inc., 77 Brightside Ave., Central Islip, NY 11722-2811 |
| 520978032 | + | Home RX-Epic Signs, 1001 Route 70, Ste. 2116, Toms River, NJ 08755-1675 |
| 520978033 | + | Home RX-Genesis Advance, Inc., 2743 Morton Ave, Oceanside, NY 11572-2326 |
| 520978034 | + | Home RX-Greenhill Trading, 5701 Foster Ave., Brooklyn, NY 11234-1001 |
| 520978035 | + | Home RX-SureCost, 14 Washington St., Conway, NH 03818-6042 |
| 520978036 | + | HomeRX-Impact Fire, 58-29 Maspeth Ave, Maspeth, NY 11378-2213 |
| 520978037 | + | HomeRX-Jays Company, PO Box 309, Rogers, MN 55374-0309 |
| 520978038 | + | HomeRX-KMT Electric, 35 MacDonald Ave., Amityville, NY 11701-3711 |
| 520978039 | + | HomeRX-Long Island Industrial, 6851 Jericho Turnpike, Suite 155, Syosset, NY 11791-4462 |
| 520978041 | + | HomeRX-MHA, 400 Interpace Pkwy., Bldg. C, Suite 200, Parsippany, NJ 07054-1120 |
| 520978040 | + | HomeRX-Megamax, 2906 Shell Road, 1st Fl., Brooklyn, NY 11224-3612 |
| 520978042 | + | HomeRX-NDC, 4 Corproate Dr., Suite D, Cranbury, NJ 08512-3613 |
| 520978043 | + | HomeRX-Net-RX, 400 Interpace Pkwy, Bldg. C, Suite 200, Parsippany, NJ 07054-1120 |
| 520978044 | + | HomeRX-Omnicell, 500 Cranberry Woods Dr., Cranberry Twp, PA 16066-5224 |
| 520978049 | + | HomeRX-PSE&G, 15 Park Drive, Melville, NY 11747-3035 |
| 520978045 | + | HomeRX-Parata Systems, PO Box 736099, Chicago, IL 60673-6099 |
| 520978046 | + | HomeRX-Pharmpack Solutions, 4 Cabinfield Circle, Lakewood, NJ 08701-2000 |
| 520978047 | + | HomeRX-Pioneer, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978048 | + | HomeRX-ProShred, 4 W. Main St., Suite 104, Elmsford, NY 10523-2407 |
| 520978050 | | HomeRX-Ready ReFresh, 32069 Gale Ave, Long Island City, NY 11101 |
| 520978051 | + | HomeRX-Taylor Communications, PO Box 91047, Chicago, IL 60693-1047 |
| 520978052 | + | HomeRX-TopRX, 2950 Brother Blvd., Bartlett, TN 38133-3968 |
| 520978053 | + | HomeRX-United Healthcare, PO Box 94017, Palatine, IL 60094-4017 |
| 520978054 | + | HomeRX-Vital Shred, PO Box 5874, Birmingham, AL 35246-0001 |

| | | |
|---|---|---|
| 520978055 | + | HomeRX-Worldwide Express, PO Box 21272, New York, NY 10087-1272 |
| 520978056 | + | HomeRX-Yotek Security, 108 S. Franklin Ave., Suite 15, Valley Stream, NY 11580-6105 |
| 520978057 | + | Innovative Work Solutions LLC, PO Box 784, Monsey, NY 10952-0784 |
| 520978058 | + | James K. Webber, Esq., Webber McGill LLC, 100 E. Hanover Ave., Suite 401, Cedar Knolls, NJ 07927-2047 |
| 521009237 | + | Jason De Ruggiero, 71 Vreeland Road, West Milford, NJ 07480-2900 |
| 520978059 | + | Jeffrey S. Peters, Esq., Kurzman Eisenberg Corbin & Lever LLP, One North Broadway, 12th Floor, White Plains, NY 10601-2331 |
| 520978060 | + | Jennifer L. Kovach, Esq., 1 Mill St., Suite 107, Franklin, NJ 07416-1593 |
| 520986463 | + | Jhobette Balingit, 124 Cedar Ln Apt 5m, Teaneck, NJ 07666-4425 |
| 520978061 | + | Joel M. Flink, Esq., law Offices of Frederic I. Weinberg & As, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 521065280 | + | Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLC, 125 Park Avenue, New York, NY 10017-5690 |
| 520978062 | + | KeySource Acquisition LLC, PO Box 645924, Cincinnati, OH 45264-5924 |
| 520978063 | + | Larry Margolis, 8 Orchard Drive, Purchase, NY 10577-2205 |
| 520978064 | + | Law Office of Bradley D. Schnur, Esq., 400 Jericho Turnpike, Suite 226, Jericho, NY 11753-1320 |
| 520978065 | + | Law Office of Oscar de la Guardia, PLLC, 2712 Segovia St., Coral Gables, FL 33134-5622 |
| 520978066 | + | Lawrence Margolis, 8 Orchard Drive, Purchase, NY 10577-2205 |
| 521080609 | + | Lea Grossman, 320 Lawrence Ave, Highland Park, NJ 08904-1840 |
| 521006625 | + | Lisaidy Martinez, 810 26th st apt W, Union City, NJ 07087-2260 |
| 521046877 | + | Maria J. Alves, 378 Parker St., Newark, NJ 07104-1305 |
| 520978067 | + | McKesson Drug, 10 Hudson Crossing Drive, Montgomery, NY 12549-2855 |
| 520978068 | + | Michael P. Corcoran, Esq., Corcoran Law Offices, 35 Love Lane, Netcong, NJ 07857-1026 |
| 520978069 | + | Murray Hill Parkway Flex Buildings LLC, 375 Murray Hill Parkway, East Rutherford, NJ 07073-2141 |
| 520978070 | + | NABP, 1600 Freehanville Dr., Mount Prospect, IL 60056-6014 |
| 520978071 | + | NDC Distributors, 4 Corporate Dr., Suite D, Cranbury, NJ 08512-3613 |
| 520978072 | + | Net-RX, 400 Interpace Pkwy, Bldg. C, Suite 200, Parsippany, NJ 07054-1120 |
| 520978073 | #+ | Nivagen Pharmaceuticals, 3050 Fite Circle, Suite 100, Sacramento, CA 95827-1818 |
| 520978074 | + | Nordic Ice, 2705 Clemmens Road, Suite A-103, Hatfield, PA 19440-4201 |
| 520978075 | + | Omnicell, Inc., 2003 Gandy Blvd. N., Saint Petersburg, FL 33702-2165 |
| 521018451 | + | Oracle America, Inc., Shawn M. Christianson, Esq., Buchalter LLP, 425 Market Street, Suite 2900, San Francisco, California 94105-2491 |
| 520978076 | + | Oracle NetSuite, 400 Oracle Parkway, Redwood City, CA 94065-1607 |
| 520978078 | + | Outsource USA, 8420 118th Street, Kew Gardens, NY 11415-2906 |
| 520979119 | + | Oxford Health Plans, 9700 Healthcare Lane, Minnetonka, MN 55343-4522 |
| 520978079 | + | Parata Systems LLC, PO Box 736099, Chicago, IL 60673-6099 |
| 520978081 | + | PharmPro, Inc., 3605 Edgemont Ave., Back Bldg. Suite 1, Brookhaven, PA 19015-2862 |
| 520978082 | + | Pharmsource LLC, 123 Newman Dr., Brunswick, GA 31520-2936 |
| 520978083 | + | Pioneer Central, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978084 | + | Pioneer NJ, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978085 | | Pioneer RX, PO Box 53407, Shreveport, LA 71135-3407 |
| 520978086 | + | Pre Employment Drug Test, 1114 Garraty Rd., San Antonio, TX 78209-6015 |
| 520978087 | + | Propel Partners LLC, 3 Barry Lane, Westport, CT 06880-1420 |
| 521009607 | + | Prudhvi kopparapu, 209 East 2nd Street, APT 312, Bound Brook, NJ 08805-2290 |
| 520978088 | + | Purpose, 810 W. Mary St., Austin, TX 78704-4140 |
| 521044340 | + | Purpose Marketing Intelligence and Strategy, 810 West Mary street, Austin, TX 78704-4140 |
| 520978089 | + | Quality Express Coffee and Vending, 1006 Branagan Drive, Tullytown, PA 19007-6301 |
| 520978091 | + | RR Donnelley, 4101 Winfield Road, Warrenville, IL 60555-3521 |
| 520978090 | + | Real Value Products, 5100 Commerce Parkway, San Antonio, TX 78218-5523 |
| 521026627 | + | Saige Nicholson, 140 Prospect Ave., 4S, Hackensack, NJ 07601-2245 |
| 520978092 | + | Second Source RX, 13600 Shoreline Drive, Earth City, MO 63045-1218 |
| 520978093 | + | Shippiz Inc., 465 Oberlin Ave. South, Lakewood, NJ 08701-6904 |
| 521026619 | + | Skie Nicholson, 140 Prospect Ave., 4S, Hackensack, NJ 07601-2245 |
| 521039145 | + | Smart-Fill Management Group Inc., c/o Morton R. Branzburg Esq., Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520978094 | + | Smart-Fill Management Group, Inc., 905 North Main Street, Austin, MN 55912-3357 |
| 520978095 | + | Specialty Answering Services, 1006 W. 9th Ave., Suite 150, King of Prussia, PA 19406-1206 |
| 520978096 | + | State of New Jersey, Department of Labor & Workforce Dev., PO Box 059, Trenton, NJ 08625-0059 |
| 520978097 | + | SureCost, Dept. 2490, PO Box 4110, Woburn, MA 01888-4110 |
| 521039955 | + | SureCost, LLC, 360 Central Avenue, Suite 800, Saint Petersburg, FL 33701-3984 |
| 521026612 | + | Susan Nixon, 627 Division Avenue, Carlstadt, NJ 07072-1436 |
| 521085292 | + | Tabitha Castagna, 329 2nd Street, #2, Calstadt, NJ 07072-1153 |
| 520978098 | + | Taylor Corporation, PO Box 91047, Chicago, IL 60693-1047 |
| 520978099 | + | Tepper & Tepper CPAs, 1938 Grand Ave., Baldwin, NY 11510-2454 |
| 520978100 | + | Tessa A. DeCandido, 229 East Market St., Long Beach, NY 11561-2209 |
| 520978102 | + | The Remedy Group LLC, 525 3rd Street, Suite 200, Lake Oswego, OR 97034-3082 |
| 521203453 | + | Thomas Callahan, 20052 Palm Island Drive, Boca Raton, FL 33498-4511 |

| | | |
|---|---|---|
| 520978103 | #+ | Thomas J. Callahan, 38 North Highcrest Drive, Hawthorne, NJ 07506-3012 |
| 521254049 | + | U.S. Department of Health & Human Services, CMS, Fred Kemper- OGC, 801 Market Street, Suite 9700, Philadelphia, PA 19107-3126 |
| 520978106 | + | UPS 7599XV, 35 Glenlake Pkwy NE, Atlanta, GA 30328-3475 |
| 520978107 | | URAC, 1220 L. St. NW, Suite 400, Washington, DC 20005-4013 |
| 520978108 | + | Vaupen Advisors LLC, 11940 SW 99th St., Miami, FL 33186-2645 |
| 520978109 | + | Vayner Commerce, 10401 Jefferson Blvd., Culver City, CA 90232-3512 |
| 520978110 | + | Veridikal, 355 Riverside Ave., Suite 205, Westport, CT 06880-4829 |
| 521022346 | + | Veridikal Technologies, LLC, 285 Riverside Avenue, Suite 300, Westport, CT 06880-4800 |
| 520978113 | + | WIS International, PO Box 77631, Detroit, MI 48277-0631 |
| 520987836 | + | WWEX Franchise Holdings LLC, 2700 Commerce St St 1500, Dallas, TX 75226-1404 |
| 520978111 | + | Wasserman Jurista & Stolz, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |
| 520978112 | + | Western Wellness Solutions, 1555 Doolittle Drive, Suite 170, San Leandro, CA 94577-2239 |
| 520978114 | + | Wolters Kluwer, PO Box 412094, Boston, MA 02241-2094 |
| 521026617 | + | Yvonne Nicholson, 140 Prospect Ave., Apt 4S, Hackensack, NJ 07601-2245 |
| 520978115 | + | Zakim and Zakim PC, PO Box 21272, New York, NY 10087-1272 |
| 520978116 | + | Zix Corp., Dept. 41359, PO Box 650823, Dallas, TX 75265-0823 |
| 520978117 | + | Zorro, 135 West 50th St., Suite #200, New York, NY 10020-1210 |
| 521044105 | + | gpac LLC, Attn: Liz Sonnenfeld, 5900 S. Doral Avenue, Suite 103, Sious Falls, SD 57108-6462 |

TOTAL: 181

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 15 2026 21:34:56 | Murray Hill Parkway Flex Buildings, LLC, c/o Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662-3005 |
| acc | + | Email/Text: shartstein@vestcorp.net | Jul 15 2026 21:34:00 | Vestcorp LLC, 623 Eagle Rock Avenue, Suite 364, West Orange, NJ 07052-2948 |
| 520977979 | + | Email/Text: bankruptcies@andanet.com | Jul 15 2026 21:34:00 | Anda, Inc., 2915 Weston Road, Weston, FL 33331-3627 |
| 521208003 | + | Email/Text: BKRMailOps@weltman.com | Jul 15 2026 21:35:00 | BENESCH,FRIEDLANDER,COPLAN & ARONOFF LLP, c/o Weltman, Weinberg & Reis, CO., LPA., 5990 West Creek Rd Suite 200, Independence, OH 44131-2191 |
| 520978004 | + | Email/Text: CSCBNC@cscglobal.com | Jul 15 2026 21:34:00 | CSC, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 521091577 | + | Email/Text: erin.gapinski@cardinalhealth.com | Jul 15 2026 21:34:00 | Cardinal Health 110, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 521091617 | + | Email/Text: erin.gapinski@cardinalhealth.com | Jul 15 2026 21:34:00 | Cardinal Health 200, LLC, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 521213607 | + | Email/Text: bankruptcy@liveoak.bank | Jul 15 2026 21:34:00 | Live Oak Banking Company, 1741 Tiburon Drive, Wilmington, NC 28403-6244 |
| 521022890 | | Email/Text: eabankrupt@dol.nj.gov | Jul 15 2026 21:34:00 | NJ Dept. of Labor, Div. Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 521014639 | + | Email/Text: schristianson@buchalter.com | Jul 15 2026 21:33:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter LLP, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 520978080 | | Email/Text: FACS_Support@paychex.com | Jul 15 2026 21:34:00 | Paychex, 1175 John Street, West Henrietta, NY 14586-9199 |
| 521278254 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 15 2026 21:33:00 | State of NJ Division of Taxation-Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |

| | | | | |
|---|---|---|---|---|
| 520978101 | + | Email/Text: ogclitmail@hanover.com | Jul 15 2026 21:35:00 | The Hanover Insurance Group, PO Box 580045, Charlotte, NC 28258-0045 |
| 520978105 | + | Email/Text: bankruptcy@ups.com | Jul 15 2026 21:35:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 521013875 | + | Email/Text: arbankruptcy@uline.com | Jul 15 2026 21:35:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 520978104 | + | Email/Text: cdm_bankruptcymail@uhc.com | Jul 15 2026 21:34:00 | United Healthcare, PO Box 94017, Palatine, IL 60094-4017 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521033269 | | OSREC Technologies, 209 Warwick Building, 366 Queenstown Road, London, SW11 8PL |
| 520978077 | | Osrec Ltd., 209 Warwick Building, Queen Road, LONDON SW118PL |
| 520977977 | ##+ | Allied Benefits System, 200 West Adams St., Suite 500, Chicago, IL 60606-5215 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Stolz | on behalf of Debtor DGN Pharmacy Inc. daniel.stolz@stevenslee.com, daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Katie F. Warren | on behalf of Unknown Role Type Yehuda Mermelstein kwarren@mblawfirm.com |
| Michael E. Holt | on behalf of Creditor Murray Hill Parkway Flex Buildings LLC mholt@formanlaw.com, jkisla@formanlaw.com |
| Nancy Isaacson | on behalf of Trustee Nancy Isaacson nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Scott A. Zuber | on behalf of Creditor Cardinal Health 110 LLC szuber@csglaw.com, ecf@csglaw.com |
| Scott A. Zuber | on behalf of Creditor Cardinal Health 200 LLC szuber@csglaw.com, ecf@csglaw.com |

| | |
|---|---|
| Terri Jane Freedman | on behalf of Creditor Cardinal Health 200 LLC tfreedman@csglaw.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health 110 LLC tfreedman@csglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12