UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**NANCY ISAACSON, CHAPTER 7 TRUSTEE**
**GREENBAUM ROWE SMITH & DAVIS LLP**
75 Livingston Avenue,
Suite 301
New Jersey 07068
(973)577-1930
nisaacson@greenbaumlaw.com

**Order Filed on July 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

DGN PHARMACY INC.,

Debtor.

Case No. 26-11520/JKS

Chapter 7

**ORDER GRANTING MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. 707(a)**

The relief set forth on the following page, numbered two -three (2-3), is hereby **ORDERED**.

**DATED: July 15, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the Court upon the Motion of Nancy Isaacson, chapter 7 Trustee for the Debtor, DGN Pharmacy Inc. ("Debtor") to Dismiss Debtor's Chapter 7 case for Cause Under 11 U.S.C. § 707(a) ("Motion"); and it appearing that Genova Burns LLC (Daniel Stolz, Esq. appearing) having filed a skeletal chapter 11 Bankruptcy Petition on behalf of the Debtor on February 10, 2026; and it further appearing that the chapter 11 case converted to one under chapter 7 on February 17, 2026; and it further appearing that Nancy Isaacson, Esq, was appointed as the interim chapter 7 Trustee for the Debtor on February 17, 2026, and the Office of the United States Trustee ("Trustee") appearing through its counsel David Girardi, Esq.; and it further appearing that the Trustee commenced but did not conclude the Debtor's 341(a) meeting of creditors on March 11, 2026; and it further appearing that Debtor cannot/will not file the missing schedules and Statement of Financial Affairs ("SOFA"); and it further appearing that at the time Debtor ceased operating as a mail order pharmacy, it maintained an inventory of drugs and narcotics; and it further appearing that the Trustee immediately upon her appointment commenced her duties as Trustee as proscribed by 11 U.S.C. § 704 including retaining an accountant, Vestcorp, LLC, paying to maintain Debtor's Google Workspace, working with the United States Drug Enforcement Agency and the New Jersey Board of Pharmacy and New Jersey Attorney General; and it further appearing that Trustee responded to many questions from interested parties including former employees and creditors; and it further appearing that Mr. Stolz was given a $58,660 retainer ("Retainer") to prepare and prosecute a chapter 11 case for the Debtor and good and sufficient cause appearing for the entry of the within order, it is hereby

**ORDERED** as follows:

1. The captioned case will be dismissed for cause under 11 U.S.C. § 707(a) upon Trustee's receipt from Genova Burns LLC the sum of $25,000 from the Retainer to

compensate her for her time and expenses and that of her retained accountant Vestcorp.

2. Trustee shall file an affidavit acknowledging receipt of the sums set forth in paragraph 1 supra,

3. This Court shall retain jurisdiction over the enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-11520-JKS
DGN Pharmacy, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Jul 15, 2026 Form ID: pdf903 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | DGN Pharmacy, Inc., 20 Murray Hill Parkway, Suite 210, East Rutherford, NJ 07073-2164 |
| aty | + | Genova Burns LLC, Genova Burns LLC, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920-4500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Stolz | on behalf of Debtor DGN Pharmacy  Inc. daniel.stolz@stevenslee.com, daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Katie F. Warren | on behalf of Unknown Role Type Yehuda Mermelstein kwarren@mblawfirm.com |
| Michael E. Holt | on behalf of Creditor Murray Hill Parkway Flex Buildings  LLC mholt@formanlaw.com, jkisla@formanlaw.com |
| Nancy Isaacson | |

| | |
|---|---|
| | on behalf of Trustee Nancy Isaacson nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Scott A. Zuber | on behalf of Creditor Cardinal Health 200 LLC szuber@csglaw.com, ecf@csglaw.com |
| Scott A. Zuber | on behalf of Creditor Cardinal Health 110 LLC szuber@csglaw.com, ecf@csglaw.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health 110 LLC tfreedman@csglaw.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health 200 LLC tfreedman@csglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12