| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NANCY ISAACSON, ESQ. (NI/1325)<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue<br>Roseland, NJ 07068-3701<br>(973) 535-1600<br>Attorneys for Nancy Isaacson,<br>Chapter 7 Trustee | |
| In Re:<br><br>DGN PHARMACY, INC.,<br><br>Debtor. | Case No.: 26-11520<br><br>Chapter: 7<br><br>Hearing Date: N/A<br><br>Judge: JKS |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Chapter 7 Trustee's Report of No Distribution docketed on July 15, 2026.

Date: 7/24/26

/s/Nancy Isaacson
Signature