Order Filed on July 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: DGN Pharmacy, Inc. | Case No.: 26-11520 |
| | Hearing Date: n/a |
| | Judge: John K Sherwood |
| | Chapter: 7 |

**ORDER VACATING FINAL DECREE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 27, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on ________July 27, 2026________ and should be vacated for the reason stated below:

❑ Debtor has not yet been discharged

❑ Adversary Proceeding number _______________ is pending

❑ Other: No asset report withdrawn________________

_______________________________________

_______________________________________

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*