NANCY ISAACSON
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ 07068-3701
Tel. No. 973-535-1600
Chapter 7 Trustee, Nancy Isaacson

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DGN PHARMACY, INC.,<br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 26-11520/JKS<br><br>**AMENDED FIRST AND FINAL APPLICATION FOR ALLOWANCES FOR CHAPTER 7 TRUSTEE** |

TO: THE HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY COURT JUDGE

The Application of Nancy Isaacson, Chapter 7 Trustee, respectfully represents:

1. Your Applicant was appointed as Chapter 7 Trustee on February 17, 2026. The Debtor operated an online Pharmacy for controlled and no controlled drugs.

2. Your Applicant has rendered services in the within matter from February 19, 2026 through June 29, 2026 as set forth in the Statement of Services attached as **Exhibit A** as follows:

   a. Immediately visited Debtor's premises to understand the issues related to the controlled and non-controlled drugs (collectively "Drugs")maintained in the pharmacy.

   b. Conducted many interviews with Debtor's current and former principals and persons employed by Debtor.

c. Attempted to conduct the 341(a) meeting and the continued 341 meeting notwithstanding

no one willing to testify on behalf of Debor under oath.

d. Fielded numerous calls from Debtor's employees and their counsel

e. Reviewed and discussed Debtor's financial information with Debtor's counsel and the accountant, Vestcorp,LLC retained by Applicant.

f. Coordinated removal of the Drugs with the United States Drug Enforcement Agency and the New Jerssy Boarded of Pharmacy and Division of Consumer Affairs.

g. Attended to Debtor's landlord's stay releif motion to be consistent with the removal of the Drugs.

h. Responded to numerous emails communications with creditors.

i. Attended to preparation, filing and prosecution of the Motion to Dismiss Case. case closing.

3. Your Applicant spent more than 33.90 hours in the performance of services as the Chapter 7 Trustee in the above matter.

4.. During the time of appointment your Applicant's rate was $640.00 per hour.

5. The value of the services rendered and to be rendered by the Applicant as Chapter 7 Trustee is a minimum of $21,696.00 which is calculated at the rate as set forth in paragraph number 4 above.

6. Because there was no money in the estate, on March 3, 2026, I charged on my personal credit card the sum of $4358.59 to maintain the Debtor's Google Workspace so I could access Debtor's documents. My credit card statement reflecting the charge is attached as **Exhibit B.**

**7.** The nature of the services rendered, and the specific details are set forth in the annexed Statement of Services.

WHEREFORE, your Applicant respectfully prays that the Nancy Isaacson, Chapter 7 Trustee, be allowed the sum of $21,696.00 as allowance for services rendered and expenses in the amount of $4358.59.

*/s/ Nancy Isaacson*
By: Nancy Isaacson, Chapter 7 Trustee

Dated: August 6, 2026