| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>NANCY ISAACSON, ESQ. (NI/1325)<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Avenue<br>Roseland, NJ 07068-3701<br>(973) 535-1600<br>Attorneys for Nancy Isaacson, Ch. 7 Trustee | Case No.: 26-11520<br>Chapter: 7 |
| In Re:<br>DGN PHARMACY, INC.,<br>Debtor. | Adv. No.: ____<br>Hearing Date: 9/3/26<br>Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Tricia E. DeRasmo :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Nancy Isaacson, Esquire, who represents Chapter 7 Trustee in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On August 6, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Final Application for Compensation for Vestcorp, LLC, Exhibit A, Exhibit B, Affidavit and proposed Order
Cover Sheet, Amended Final Application for Compensation for Nancy Isaacson, Chapter 7 Trustee, Exhibit Invoice, Exhibit Expenses, Affidavit, proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/6/26

/s/Tricia E. DeRasmo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Office of the US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DGN Pharmacy, Inc.<br>20 Murray Hill Parkway<br>Suite 210<br>East Rutherford, NJ 07073 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Stolz, Esquire<br>Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott Zuber, Esquire<br>Terri Jane Freedman, Esquire<br>Chiesa Shahanian & Giantomasi<br>105 Eisenhower Parkway<br>Roseland, NJ 07068 | Attorneys for Cardinal Health 200, LLC, Cardinal Health 110, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua S. Bauchner, Esquire<br>Katie F. Warren, Esquire<br>Mandelbaum Barrett PC<br>3 Becker Farm Road<br>Suite 105<br>Roseland, NJ 07068 | Attorneys for Yehuda Mermelstein | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Douglas M. Standriff, Esquire<br>25 E Spring Valley Ave<br>Suite 330<br>Maywood NJ 07607 | Attorneys for Murray Hill Parkway Flex Buildings, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shawn M. Christianson, Esquire<br>Buchalter LLP<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105-3493 | Attorneys for Oracle America, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*