UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 8, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**DGN Pharmacy, Inc.**

**DEBTOR**

Case No.: 26-11520 (JKS)

Judge: John K. Sherwood

Chapter: 7

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby ORDERED.

**DATED: September 8, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| **Vestcorp LLC** | **$3,997.00** | **$3.00** |